# United States Bankruptcy Court
## Northern District of Oklahoma

IN RE:
Oklahoma Forge, LLC d/b/a Oklahoma Forge, Inc.
5259 S. 49th W. Ave
Tulsa, OK 74107

Case No.: 24-11060-M

Chapter: 7

**Debtor**

### SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you on __August 16, 2024__ in this bankruptcy court, requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

__Oklahoma Forge, LLC d/b/a Oklahoma Forge, Inc.__ is SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

| Address of Clerk |
| --- |
| U.S. Bankruptcy Court<br>The Federal Building<br>224 S. Boulder Ave., Ste. 105<br>Tulsa, OK 74103 |

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

| Name and Address of Petitioner's Attorney |
| --- |
| Stephen J. Moriarty, Esq.<br>Fellers, Snider, Blankenship, Bailey & Tippens, PC<br>100 N. Broadway Avenue, Suite 1700<br>Oklahoma City, OK 73102 |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

August 19, 2024
Date

JOLE ANN AWTREY
CLERK, U.S. BANKRUPTCY COURT

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R. Bankr. P. 1005).

## CERTIFICATE OF SERVICE

I, Stephen J. Moriarty (name), certify that on 08/20/24 (date), I served this summons and a copy of the involuntary petition on Oklahoma Forge, LLC d/b/a Oklahoma Forge, Inc. (name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

via Federal Express Priority Overnight Mail to:
c/o Timothy VanDusen, Reg. Agent
30700 Telegraph Road
Suite 3475
Bingham Farms, MI 48025

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

08/20/24

Date                                                                Signature

| Print Name | Stephen J. Moriarty | | | | |
|---|---|---|---|---|---|
| Business Address | Fellers, Snider, Blankenship, Bailey & Tippens, PC 100 N. Broadway Avenue, Suite 1700 | | | | |
| City | Oklahoma City | State | OK | Zip | 73102 |

# FedEx

August 20, 2024

Dear Customer,

==The following is the proof-of-delivery for tracking number: 778057047780==

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | V.TIMOTHY | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; No Signature Required | | ==BINGHAM FARMS, MI.== |
| | | ==Delivery date:== | ==Aug 20, 2024 09:43== |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 778057047780 | Ship Date: | Aug 19, 2024 |
| | | Weight: | 1.0 LB/0.45 KG |

**Recipient:** 
BINGHAM FARMS, MI, US,

**Shipper:** 
Oklahoma City, OK, US,

Reference  SJM/arm/E0102-13671

ORIGIN ID:OKCA   (405) 232-0621
STEPHEN J. MORIARTY, ESQ.
FELLERS, SNIDER, ET. AL.
100 BROADWAY AVENUE
SUITE 1700
OKLAHOMA CITY, OK 73102
UNITED STATES US

SHIP DATE: 19AUG24
ACTWGT: 1.00 LB
CAD: 112173299/INET4535

BILL SENDER

TO **OKLAHOMA FORGE, LLC**
**D/B/A OKLAHOMA FORGE INC.**
**C/O TIMOTHY VANDUSEN, REG. AGENT**
**30700 TELEGRAPH ROAD**
**SUITE 3475**
**BINGHAM FARMS MI 48025**
(248) 423-3466   REF: SJM/ARM/E0102-13671
INV:
PO:   DEPT:




REL# 3785346

TUE - 20 AUG 10:30A
PRIORITY OVERNIGHT

TRK# 0201 7780 5704 7780

48025
**XN DETA**   MI-US DTW



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.