UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In re:

OKLAHOMA FORGE, LLC d/b/a,
OKLAHOMA FORGE, INC.,

    Debtor.

Case No. 24-11060-M

Chapter 7

### MOTION FOR ADMISSION *PRO HAC VICE* OF KIMBERLY ROSS CLAYSON

J. Clay Christensen, Esquire ("Movant"), of the law firm of Christensen Law Group, P.L.L.C., respectfully requests this Honorable Court to enter an Order admitting Kimberly Ross Clayson ("Applicant"), to practice before this Court in the above-captioned bankruptcy case and all proceedings or contested matters arising in or related to this case (including pending and any future adversary proceedings) on behalf of Loeb Term Solutions, LLC, and in support thereof states as follows:

1. Applicant is currently an attorney with the law firm of Taft Stettinius & Hollister, LLP with an address of 27777 Franklin Road, Suite 2500, Southfield, Michigan 48034, telephone number of (248) 351-3000 and email address of kclayson@taftlaw.com.

2. Applicant was admitted to the Michigan Bar in November of 2006 (Michigan Bar Number P69804) and has remained in good standing since her admission.

3. Applicant has also been admitted to practice in the Eastern District of Michigan, Eastern District of Michigan Bankruptcy and Western District of Michigan Bankruptcy.

4. Pursuant to Local Rule 9010-1(B), Movant makes a written motion as a member of the bar of this Court for admission of Applicant, who intends to practice before this Honorable court in the above-captioned action.

1

134992344v1

5. Movant believes Applicant is qualified for admission *pro hac vice*, and that just cause exists for such admission.

WHEREFORE, Movant, J. Clay Christensen, Esquire, respectfully requests this Honorable Court to enter an Order admitting Kimberly Ross Clayson, Esquire, to practice before this Court for the limited purpose of representing Loeb Term Solutions, LLC in this action and any proceedings or contested matter arising in or related to this action, including pending and any future adversary proceedings.

Dated: September 18, 2024

Respectfully submitted by,

/s/ J. Clay Christensen
J. Clay Christensen (OBA #11789)
Christensen Law Group, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Phone: (405) 232-2020
Email: Clay@christensenlawgroup.com

4890-0202-3495.v1

134992344v1

**CERTIFICATE OF SERVICE**

      I, J. Clay Christensen, hereby certify that, on the 18th day of September 2024, I served or caused to be served a copy of the foregoing document upon all parties in interest via the Court's CM/ECF notification system and by first class mail to:

Oklahoma Forge, LLC d/b/a Oklahoma Forge, Inc.
5259 S. 49th W. Ave.
Tulsa, OK 74107

U.S. Trustee
Office of the United States Trustee
P.O. Box 3044
Tulsa, OK 74101

                                                          */s/ J. Clay Christensen*
                                                               J. Clay Christensen

4890-0202-3495.v1

134992344v1