THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| IN RE: | Bankruptcy No. 24-11060-M |
| OKLAHOMA FORGE, LLC d/b/a OKLAHOMA FORGE, INC., Debtor. | Chapter 7 |

## AGREED REQUEST FOR CONVERTION TO CHAPTER 11

Debtor, Oklahoma Forge, LLC d/b/a Oklahoma Forge, Inc. by Stipulation filed November 21, 2024 [Doc. 55] has consented to the entry of an order for relief under the Involuntary Petition [Dkt. 1] filed by Ellwood Quality Steels Company, Ellwood National Steel Company and Lehigh Specialty Melting, Inc. (collectively, "Petitioning Creditors") on August 16, 2024, and joined by Metro Machine Works, Inc. on October 10, 2024 [Dkt. 27].

The Debtor, with the agreement of the Petitioning Creditors and Metro Machine Works, Inc. hereby requests this Court enter an instanter order converting this case to a case under Chapter 11 pursuant to 11 U.S.C. § 706(a).

The undersigned counsel has communicated with counsel for the Petitioning Creditors and Metro Machine Works, Inc. and authorized to state that such parties agree to the relief requested herein.

Wherefore, Debtor prays this Court enter an instanter order converting this case to a case under Chapter 11 pursuant to 11 U.S.C. § 706(a).

1

                                                               s/ Mark A. Craige_____
Mark A. Craige, OBA #1992
Alexander Sokolosky, OBA #33614
-Of the Firm-
CROWE & DUNLEVY
A Professional Corporation
222 North Detroit Avenue Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
mark.craige@crowedunlevy.com
alex.sokolosky@crowedunlevy.com

Attorneys for Oklahoma Forge, LLC, d/b/a
Oklahoma Forge, Inc.,

Agreed:

*/s/ Stephen J. Moriarty*_____
Stephen J. Moriarty, OBA# 6410
Fellers, Snider, Blankenship, Bailey
& Tippens, P.C.
100 N. Broadway Ave., Suite 1700
Oklahoma City, OK 73102
Telephone: (405) 232-0621
smoriarty@fellerssnider.com

**COUNSEL FOR PETITIONING CREDITORS**

*/s/ Kamran K. Momeni*
Kamran K. Momeni, OBA# 19179
**Kamran K. Momeni, P.C.**
9175 South Yale Avenue, Suite 300
Tulsa, OK 74137-4044
Telephone: 918.935.3999
Facsimile: 888.274.6096
Email: Kamran@MomeniLaw.com

**Attorney for Metro Machine Works, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21 day of November, 2024, I served or caused to be served a true and correct copy of the foregoing Stipulation via electronic mail upon all parties receiving notice via the Court's CM/ECF notification system.

/s/ *Mark A. Craige*
Mark A. Craige