IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| In re<br><br>**OKLAHOMA FORGE, LLC, d/b/a** *OKLAHOMA FORGE, INC.*<br><br>          Debtor. | Chapter 11<br><br>Case No. 24-11060-M |

**ORDER GRANTING DEBTOR'S *EX PARTE* APPLICATION FOR EXPEDITED HEARING AND TO SHORTEN TIME TO RESPOND TO GRANTING DEBTOR'S APPLICATION (I) FOR EXPEDITED HEARING, (II) TO SHORTEN TIME TO RESPOND TO FIRST DAY MOTION, AND (III) APPROVING FORM AND MANNER OF NOTICE OF MOTION FOR AN ORDER (I) AUTHORIZING POST-PETITION CREDIT, (II) GRANTING SENIOR SECURED LIENS AND SUPERPRIORTY CLAIMS UNDER SECTIONS 364(C) AND (D) OF THE BANKRUPTCY CODE, (III) GRANTING ADEQUATE PROTECTION LIENS, AND (IV) GRANTING RELATED RELIEF**

Upon the Application (the "Application")[1] of Oklahoma Forge, LLC ("Debtor"), as debtor in possession in the above-referenced chapter 11 case filed December 5, 2024 [Doc. 75], for entry of an order (this "Order"), pursuant to rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 9006-1 of the Local Bankruptcy Rules for the Northern District of Oklahoma (the "Local Bankruptcy Rules"), shortening the time to respond to the Debtor's Motion For An Order (i) Authorizing Post-Petition Credit, (ii) Granting Senior Secured Liens And Superpriorty Claims Under Sections 364(c) and (d) of the Bankruptcy Code, (iii) Granting Adequate Protection Liens, and (iv) Granting Related Relief (the "Motion") and setting a hearing on the Motion (the "Hearing"); and this Court finding that, the exigencies of the case require that this Order be entered *ex parte*, and that, thus, under the circumstances, proper and adequate notice

---

[1] All defined terms shall have the meaning ascribed to them in the Application unless otherwise defined herein.

1

of the Motion and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Bankruptcy Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and this Court having found and determined that the relief sought in the Application is in the best interests of Debtor, its estate, its creditors and all other parties in interest; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as further set forth herein.

2. A hearing on the Motion to consider an **interim order** shall be conducted on the 18th day of December 2024, at 10:00 a.m. before the Honorable Terrence L. Michael, in the courtroom of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 S. Boulder Ave., Tulsa, Oklahoma 74103.

3. A hearing on the Motion to consider a **final order** shall be conducted on the 7th day of January 2025, at 10:00 a.m. before the Honorable Terrence L. Michael, in the courtroom of the United States Bankruptcy Court for the Northern District of Oklahoma, 224 S. Boulder Ave., Tulsa, Oklahoma 74103.

4. Responses or objections, if any, to **interim relief** under the Motion shall be filed no later than 12:00 p.m. on December 16th, 2024.

5. Responses or objections, if any, to **final relief** under the Motion shall be filed no later than 12:00 p.m. on January 6th, 2025.

6. Debtor is directed to serve this Order and the Motion on the notice recipients who were provided notice of the Application via overnight delivery, facsimile, or email. In addition, withing in 2 business days after the entry of the Order the Debtor shall cause to

be mailed by first class mail to the official matrix in this case this Order and the Motion. Notice in such manner is adequate and sufficient under the Bankruptcy Rules and the Local Bankruptcy Rules, and no other or further notice of the Hearing or the response deadline applicable to the Motion shall be required.

7. Findings of fact are based upon representations of counsel. Local Rule 9013-1(L)(1)(a).

IT IS SO ORDERED.

DATED: December 05, 2024

BY THE COURT:

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

Approved for Entry:

*s/ Mark A. Craige*
Mark A. Craige, OBA #1992
Alexander Sokolosky, OBA #33614

-Of the Firm-

CROWE & DUNLEVY
222 North Detroit Avenue, Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
mark.craige@crowedunlevy.com
alex.sokolosky@crowedunlevy.com

**Proposed Counsel to Debtor**