**Fill in this information to identify the case:**

Debtor name  **Oklahoma Forge, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)  **24-11060-M**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 13, 2024**       X **/s/ James J. Connor**
                                          Signature of individual signing on behalf of debtor

                                          **James J. Connor**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Debtor name **Oklahoma Forge, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) **24-11060-M**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $    **3,571,206.32**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................... $    **3,571,206.32**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    **4,250,000.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $    **93,201.03**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$    **5,492,135.35**

4. Total liabilities .............................................................................................
    Lines 2 + 3a + 3b     $    **9,835,336.38**

Debtor name **Oklahoma Forge, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) **24-11060-M**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Cash on hand** | **$2.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **PNC Bank** | **Checking** | 0506 | $2,004.89 |
| 3.2. | **PNC Bank** | **Checking** | 0514 | $2,199.43 |
| 3.3. | **PNC Bank currently overdrawn 854.13** | **Checking** | 0522 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| |
| --- |
| **$4,206.32** |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.     Accounts receivable**

11a. 90 days old or less:           **23,276.00**        -        **8,276.00**  = ....        **$15,000.00**

                          face amount            doubtful or uncollectible accounts

**12.     Total of Part 3.**                                                                **$15,000.00**

         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** **Steel and other metals used in forging operations.   The value is based on the current offer as set forthin the Sale Motion, however as of this filing, the allocation of the total purchase price has not been determined.** | **10/15/2024** | **$822,891.00** | **N/A** | **Unknown** |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                                **$0.00**

         Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
         ■ No
         ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
         ■ No
         ☐ Yes. Book value _____        Valuation method _____        Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
□ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
□ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture** **Desks, chairs and other typical used office furniture.** | **$1,000.00** | | **$1,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Used Computers & software, printers, telephone system, and typical office equipment.** | **$7,222.00** | Liquidation | **$1,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

| $2,000.00 |
| --- |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
□ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
□ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Attached as exhibit**                    **$9,678,277.00**                           **$3,550,000.00**

---

51.    **Total of Part 8.**                                                              | **$3,550,000.00** |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **5259 S 49th W. Avenue Tulsa, OK 74107** | **Capital Lease** | **$0.00** | | **$0.00** |

---

56.    **Total of Part 9.**                                                              | **$0.00** |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

�Ⅱ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| **Chubb Checks** | **$0.00** |

| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|
| **Lawsuit** | **$0.00** |
| **Nature of claim** | |
| **Amount requested** | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 78. **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,206.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $15,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,550,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,571,206.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $3,571,206.32 |

Exhibit to item 50, Equipment List

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Press Ring Area | Ring Mill | Process Machinery | 100 Ton | SMS Meer Wagner | R100 | N/A | 2014 | 113" OD X 16-1/2" High Ring Forming Mill, With 100 Ton Cone Rolls, 100 Ton Mandrel, Hydraulic Cone & Mandrel Travels, Side Guide Rolls, Laser Od Measurement System, Dedicated Hydraulic System With [2] 60 HP / [2] Approximately 40 HP, And (1) Approximately 20 HP Motors, Fluid Reservoir, Valves, Kone Cranes 4 Ton Single Girder Top Running Bridge Crane With 12' Span X Approximately 30' Run-Out & Remote Control, Motor Control Center With Siemens Drives, Dedicated Amcot Mdl. St-150 150 Ton Cooling Tower With 5 HP Motor & [2] Trane Chillers (S/N: 99616), Control Room With Overall System Pc-Based Control With Component Controls, Kone Cranes Dedicated 10 Ton Single Girder Top Running Bridge Crane - Approximately 12' Span X 40' Run-Out, Radio Crane Control, Closed Loop Cone & Mandrel Cooling System, Dedicated Hotsy Pressure Washer |
| Press Ring Area | Ring Mill | Process Machinery | 125 Ton | Wagner | R125 | N/A | | 115" OD X 72" High Ring Forming Mill, Finished Ring Size, 125 Ton Cone Rolls, 125 Ton Mandrel, Hydraulic Cone Assembly Movement, Hydraulic Mandrel Adjustment, Side Guide Rolls With Hydraulic Adjustment, Power Overhead Clamp, Closed Loop Cone & Mandrel Coolant System, Hydraulic Cone Adjustment, Dedicated Hydraulic System With Fluid Reservoir, [2] 7-1/2 HP / 15 HP / [3] 50 HP Motors, Valves, Hydraulic Lines, Control Room With Siemens Control Panels, Overall System Pc-Based Control Station With Component Controls, Dual Joystick Controls, Dedicated 2 Ton Rolling A-Frame, Dedicated Hotsy Pressure Washer |
| Press Ring Area | Forging Press | Process Machinery | 3,000 Ton | Lake Erie Engineering Corp. | | N/A | | 3,000 Ton 4-Post Hydraulic Forging Press, With 4' X 6' Bed, 74" Daylight, 33" Stroke, [2] Hydraulic Side Manipulating Arms, Dedicated Hydraulic System With [8] 150 HP Motors, Fluid Reservoir, Sliding Die With Rotating Head, Circulation Pump, Operator's Room With Allen Bradley PanelView 5510 Touch Screen Programmable Logic Control & Joystick, Allen Bradley PanelView 5510 Touch Screen Maintenance Control With Remote Access, Component Access Screen With Real Time Diagnostics, All Related Motors, Pumps, Valves, Hydraulic Lines, Filters, Etc. |
| Press Ring Area | Ring Mill | Process Machinery | 80 Ton | Rheinstahl Wagner | | 8050 N/A | | 54" OD X 14" High Ring Turning Mill, With 80 Ton Mandrel Side, 50 Ton Cone Side, 54" Max Forming Diameter, Approximately 50 HP Cone Roll Drive, 18" Cone Height Power Adjustment, 88" Cone Side Base Adjustment, Side Guide Rolls, Pit-Mounted Hydraulic System With 30 HP / Approximately 10 HP / 30 HP Pumps, 200 HP Main Drive Motor, 40 HP Cylinder Pump |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Press Ring Area | Forging Press | Process Machinery | 1,500 Ton | Loewy Hydropress Inc. | | CH39729A | | 1,500 Ton 4-Post Hydraulic Forging Press, With 48" Diameter Bed, 38" Daylight, 25" Stroke, Dedicated Hydraulic System With (6) 150 HP Motors, Fluid Reservoir, Valves, Pipes & Filters, Control Room With Touch Screen Programmable Logic Control, Control Cabinet, All Related Hydraulic Lines, Controls, Pumps, Valves [Note: Machine Requires Approximately 12' Pit, Has Dedicated Cooling Tower] |
| Rolling Stock | Forklift | Material Handling | 13,000 | Hyundai | 130D-9 | HHKHFT227 J000006.0 | 2018 | 13,000 Lb. Diesel-Powered Forklift Truck, With 158" Max Lift Height, Dual Side Shift, 8' Forks, Solid Tires, Enclosed Cab With Heat & A/C, 1,404 Hours |
| Rolling Stock | Forklift | Material Handling | 30,000 | Caterpillar | DP135 | 5DP10071 | | 30,000 Lb. Diesel-Powered Forklift Truck, With Approximately 180" Max Lift Height, Dual Side Shift, 8' Forks, Solid Tires, Enclosed Cab, Approx. 14,205 Hours |
| Rolling Stock | Forklift | Material Handling | 15,500 | Hyundai | 70D-9 | HHKHFA03J K000115 5 | 2018 | 15,500 Lb. Diesel-Powered Forklift Truck, With 157" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 1,463 Hours |
| Rolling Stock | Forklift | Material Handling | 15,500 | Hyundai | 70D-9 | HHKHFA03 HK000115 6 | 2018 | 15,500 Lb. Diesel-Powered Forklift Truck, With 157" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 2,293 Hours |
| Rolling Stock | Forklift | Material Handling | 15,500 | Hyundai | 70D-9 | HHKHFA03J K000101.9 | 2018 | 15,500 Lb. Diesel-Powered Forklift Truck, With 157" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 2,752 Hours |
| Rolling Stock | Forklift | Material Handling | 15,500 | Hyundai | 70D-9 | HHKHFA03 KK000102 1 | 2018 | 15,500 Lb. Diesel-Powered Forklift Truck, With 157" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 3,903 Hours |
| Rolling Stock | Forklift | Material Handling | 15,000 | Hyundai | 70D-9 | HHKHFA03P 2000091.7 | 2018 | 15,500 Lb. Diesel-Powered Forklift Truck, With 157" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Enclosed Cab With Heat & A/C, 935 Hours |
| Rolling Stock | Forklift | Material Handling | 15,500 | Caterpillar | DP70 | T120C-60141 | | 15,500 Lb. Diesel-Powered Forklift Truck, With 146" Max Lift Height, Wide Carriage With 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 13,972 Hours |
| Saw Area | Bandsaw | Metalworking or Shop Machinery | | Cosen | C-800NC | C1040149 | 2018 | 31-1/2" X 33-1/2" Dual Column Horizontal Bandsaw, With 10 HP Saw Motor, 3 HP Hydraulic System, 1/2 HP Coolant System, Hydraulic Clamping, 36" Wide X 24' Long Power Roller Infeed Conveyor, Power Feed With 20" Index, Plc Saw Control, Chip Auger, 36' X 70' Gravity Roller |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Rolling Stock | Forklift | Material Handling | 30,000 | Caterpillar | DP135 | SDP10151 | | 30,000 Lb. Diesel-Powered Forklift Truck, With 161" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, Approx. 13,074 Hours |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Rail-Fed Car Bottom Gas Fired Heat Treating Furnace, With 1675° Max Temperature, Fiber Module Lining, [4] Exhaust Stacks, Temperature Regulators, 12-1/2' X 16' Rail Car, 12-1/2' X 16' X 11' High Chamber, Thermo-Coupler Temperature Control, [4] Cooling Fans, Control Panel With Digital High Limit Temperature Control, Honeywell Temperature Charter With Digital Readout, [7] Burners |
| Machine Shop | Vert Mill | Metalworking or Shop Machinery | | King Machine Tool Co. | | | | Twin Column Vertical Boring Mill, With 80" Diameter 4- Jaw Table With 40 HP Rotation Motor, 4-Position Tool Holder On Right Head, Swivel Heads, Approximately 5' Cross Travel, Approximately 42" Under Rail |
| Rolling Stock | Forklift | Material Handling | 17,600 | Doosan | D80S-2 | GS-00212 | | 17,600 Lb. Diesel-Powered Forklift Truck, With 70" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 12,360 Hours |
| Rolling Stock | Forklift | Material Handling | 17,600 | Doosan | D80S-2 | GS-00174 | | 17,600 Lb. Diesel-Powered Forklift Truck, With 142" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 20,515 Hours |
| Saw Area | Bandsaw | Metalworking or Shop Machinery | | HEM | 200D-30 | 1124612 | 2012 | 26" X 30" Horizontal Bandsaw, With 15 HP Saw Motor, Power Heat Downfeed, 2-Cylinder Hydraulic Clamp, 36" X Approximately 25' Power Roller Infeed Conveyor, 36" X 65" Power Roller Outfeed Conveyor, Coolant System, Control Panel, Approximately 5 HP Hydraulic System |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Rail-Fed Car Bottom Gas Fired Heat Treating Furnace, With 1675° Max Temperature, Fiber Module Lining, [10] Exhaust Stacks, Temperature Regulators, 10' X 25-1/2' Rail Car, 10' X 25-1/2' X 11' High Chamber, Control Cabinet With Digital Temperature Control, [4] Cooling Fans, Control Panel With Digital High Limit Temperature Control, Honeywell Temperature Charter With Digital Readout, [10] Burners |
| Rolling Stock | Forklift | Material Handling | 15,850 | Doosan | D80S-2 | GS00053 | | 15,850 Lb. Diesel-Powered Forklift Truck, With 187" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Enclosed Cab, 25,471 Hours |
| Rolling Stock | Forklift | Material Handling | 16,700 | Caterpillar | DP90 | T32B-60102 | | 16,700 Lb. Diesel-Powered Forklift Truck, With 157" Max Lift Height, Dual Side Shift, 93" Forks, Solid Tires, 8,121 Hours |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial # | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Furnace, Gas-Fired, Fiber-Lined, Pass Through Type, 11.5' X 11.5' X 5.8' High Chamber, 2450° Max Temperature, [4] Burners, [2] Exhaust Stacks, Nanodac / Eurotherm, Control Panel With Temperature Grapher |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Furnace, Gas-Fired, Fiber-Lined, Pass Through Type, 11.5' X 11.5' X 5.8' High Chamber, 2450° Max Temperature, [4] Burners, [2] Exhaust Stacks, Nanodac / Eurotherm, Control Panel With Temperature Grapher, Digital Temperature Control With Lcd Display, Digital Over Temperature Control, Power Doors With Pneumatic Actuation |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Furnace, Gas-Fired, Fiber-Lined, Pass Through Type, 11.5' X 11.5' X 5.8' High Chamber, 2450° Max Temperature, [4] Burners, [2] Exhaust Stacks, Nanodac / Eurotherm, Control Panel With Temperature Grapher, Digital Temperature Control With Lcd Display, Digital Over Temperature Control, Power Doors With Pneumatic Actuation, Graph Recorder |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Furnace, Gas-Fired, Fiber-Lined, Pass Through Type, 11.5' X 11.5' X 5.8' High Chamber, 2450° Max Temperature, [4] Burners, [2] Exhaust Stacks, Nanodac / Eurotherm, Control Panel With Temperature Grapher, Digital Temperature Control With Lcd Display, Digital Over Temperature Control, Power Doors With Pneumatic Actuation |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Furnace, Gas-Fired, Fiber-Lined, Pass Through Type, 11.5' X 11.5' X 5.8' High Chamber, 2450° Max Temperature, [4] Burners, [2] Exhaust Stacks, Nanodac / Eurotherm, Control Panel With Temperature Grapher, Digital Temperature Control With Lcd Display, Digital Over Temperature Control, Power Doors With Pneumatic Actuation |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Furnace, Gas-Fired, Fiber-Lined, Pass Through Type, 11.5' X 11.5' X 5.8' High Chamber, 2450° Max Temperature, [4] Burners, [2] Exhaust Stacks, Nanodac / Eurotherm, Control Panel With Temperature Grapher, Digital Temperature Control With Lcd Display, Digital Over Temperature Control, Power Doors With Pneumatic Actuation |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Single Door Furnace, Gas-Fired, Fiber-Lined, Pass Through Type, 11.5' X 11.5' X 5.8' High Chamber, 2450° Max Temperature, [4] Burners, [2] Exhaust Stacks, Nanodac / Eurotherm, Control Panel With Temperature Grapher, Digital Temperature Control With Lcd Display, Digital Over Temperature Control, Power Doors With Pneumatic Actuation |
| Rolling Stock | Forklift | Material Handling | 13,650 | Unicarriers | L1F6F70V | 30530239 | 2018 | 13,650 Lb. Diesel-Powered Forklift Truck, With 189" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 1,796 Hours |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Rolling Stock | Forklift | Material Handling | 13,500 | Doosan | D70S-2 | GF-00328 | | 13,500 Lb. Diesel-Powered Forklift Truck, With 157" Max. Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 7,580 Hours |
| Saw Area | Bandsaw | Metalworking or Shop Machinery | | Cosen | C-520NC | C1070533 | 2018 | 20-1/2" X 22" Dual Column Horizontal Bandsaw, With 10 HP Saw Motor, 2 HP Hydraulic Pump, 1/4 HP Coolant System, Hydraulic Clamping, 30" Wide X 20' Long Powered Roller Conveyor, Power Stock Feed With Approximately 20" Index, 30" X 4' Gravity Roller Outfeed Conveyor, Chip Auger, Plc Length Control |
| Miscellaneous Throughout | Misc | Misc | | | | | | Miscellaneous Throughout Facility, Including But Not Limited To: Banding Reels, 5' X 5' X 5,000 Lb. Digital Scale, Hammond 3 HP Pedestal Grinder, [5] Port-A-Cool High-Output Water Cooled Fans, [8] Sections Miscellaneous Size Pallet Racks, Work Tables, Vises, Barrel Pumps, 2-Door Flammable Storage Cabinets, Drum Carts, High-Output Floor Fans, Wall Fans, Foreman's Desk, Rolling Scaffold, Quincy 5 HP Vertical Air Compressor With 80- Gal. Tank, Forklift Man Lift Cage, Multiquip Essick Approximately 1 Cu. Yd. Portable Gas Powered Cement Mixer, [5] Portable Air Conditioners, Approximately 1,000-Gal. Air Storage Tank, Wash Bay With Hot Water Pressure Washer, Portable Heights, 2-Door Cabinets, Spare Motors, Torpedo Heaters, Air Lights, North Star Gas Powered Steam Cleaner, Paint Mixing Tanks, North Star Gas Powered Steam Cleaner, Paint Mixing / Dispensing Cart, 26-Camera Surveillance System With Pc & Power Back-Up, Time Clock, Lockers, Break Room With [2] Refrigerators, Microwave, [2] Folding Tables, [18] Folding Chairs, Manitowoc Reach-In Ice Chest, Etc. |
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Rail-Fed Car Bottom Gas Fired Heat Treating Furnace, With 1675° Max Temperature, Fiber Module Lining, [4] Exhaust Ports With Common Stack, Thermaxx Regulators, 78" X 115-1/2" Rail Car, 78" X 115-1/2" X 7-1/4" High Chamber, Thermo-Coupler Temperature Control, [4] Cooling Fans, Control Panel With Digital High Limit Temperature Control, Honeywell Temperature Charter With Digital Readout, [2] Burners |
| Press Ring Area | Air Compressor | Plant Support | 125 HP | Kaeser | CSD125 | 1241 | 2018 | 125 HP Screw Type Air Compressor, With Sigma Control 2 Plc Control, Approx. 26,334 Hours, Air Receiving Tank |
| Rolling Stock | Flatbed Truck | Rolling Stock | | Ford | F550 | | 2011 | Super Duty Single Axle Flatbed Truck, With 6.7 Liter Power Stroke Diesel-Powered Engine, Automatic Transmission, 18' Bed, 85,793 Miles, VIN: 1FDUF5GT5BEC26517, License Plate: 67308V |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Rolling Stock | Flatbed Truck | Rolling Stock | | Ford | F550 | FX-00105 | 2012 | Super Duty Single Axle Flatbed Truck, With 6.7 Liter Power Stroke Diesel-Powered Engine, Automatic Transmission, 18' Bed, 93,623 Miles; VIN: 1FDUF5GT9CEA22241; License Plate: V65653 |
| Rolling Stock | Forklift | Material Handling | 13,800 | Doosan | D70S-2 | | | 13,800 Lb. Diesel-Powered Forklift Truck, With 177" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Enclosed Cab, 2,621 Hours |
| Rolling Stock | Boom Lift | Rolling Stock | | Genie | Z-60/34 | 26007-8243 | 2007 | Articulating Boom Lift, With 60' Max Lift Height, 34' Horizontal Reach, 4Wd, Dual Fuel, Joystick Control, 500 Lb. Lift Capacity, 3,004 Hours |
| Rolling Stock | Front End Loader | Rolling Stock | | Case | 570MXT | JJG0303085 | 2006 | Front End Loader, With 75 HP Diesel-Powered Engine, 81" Smooth Edge Bucket, Gannon 7' Box Blade, 4Wd, Approx. 3,276 Hours |
| Machine Shop | Lathe | Metalworking or Shop Machinery | | Warner & Swasey | #3A | 1273559 | | Square Head Turret Lathe, With 20" 3-Jaw Chuck, Taper Attachment, 6-Position Tailstock On Cross Slide, Coolant System, 6-1/2" Hole Thru Spindle, Outboard Chuck Capability, 30 HP Spindle Motor |
| Rolling Stock | Forklift | Material Handling | 9,000 | Linde | H45D-04 | H2X3521.03 01045 | | 9,000 Lb. Diesel-Powered Forklift Truck, With 180" Max Lift Height, 5' Forks, Side Shift, Solid Tires, 7,165 Hours |
| Machine Shop | Vert Mill | Metalworking or Shop Machinery | | Bullard | | 10674 | | 48" Twin Column Vertical Boring Mill, With 50" Diameter 4-Jaw Chuck With 25 HP Rotation Motor, Swivel Heads, 4-Position Tool Holder On Right Head, Approximately 24" Power Cross Travels, Power Rail Adjustment, Newall Dp700 2-Axis Digital Readout |
| Saw Area | Bandsaw | Metalworking or Shop Machinery | | HEM | 200D-30 | 180382 | 1982 | 26' X 30' Horizontal Bandsaw, With 15 HP Saw Motor, Power Head Downfeed, 2-Cylinder Hydraulic Clamp, 36" X Approximately 30' Power Roller Infeed Conveyor, 36" X 9' Power Roller Outfeed Conveyor, Coolant System, Control Panel, Approximately 5 HP Hydraulic System |
| Saw Area | Bandsaw | Metalworking or Shop Machinery | | HEM | 200D-30 | 180082 | 1982 | 26' X 30' Horizontal Bandsaw, With 15 HP Saw Motor, Power Head Downfeed, 2-Cylinder Hydraulic Clamp, 36" X Approximately 30' Power Roller Infeed Conveyor, 36" X 9' Power Roller Outfeed Conveyor, Coolant System, Control Panel, Approximately 5 HP Hydraulic System |
| Saw Area | Bridge Crane | Plant Support | | | | | | Gaffey 10 Ton Single Girder Top Running Bridge Crane, With 40' Span X 60' Run-Out, Electric Cable Hoist, 20,000 Lb. Digital Crane Scale With Lifting Magnet, Radio Control |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Heat Treating Area | Furnace | Process Machinery | | | | | | Custom-Built Rail-Fed Car Bottom Gas Fired Heat Treating Furnace, With 1675° Max Temperature, Fiber Module Lining, [1] Exhaust Stack, Temperature Regulators, 12-1/2' X 16' Rail Car, 91" X 185" X 86" High Chamber, Thermo-Coupler Temperature Control, [4] Cooling Fans, Control Panel With Digital High Limit Temperature Control, Honeywell Temperature Charter With Digital Readout, [4] Burners, Power Door |
| Machine Shop | Vert. Lathe | Metalworking or Shop Machinery | | Bullard | 2475 | | | 60" Vertical Turret Lathe, With 60" 4-Jaw Chuck, 22" Height Under Rail, 30" Cross Travel, 5-Position Head, Wizard 2-Axis Digital Readout, Digital Rpm Readout, 30 HP Table Rotation Motor, Power Height Adjustment & Cross Travel, 4-Position Side Head |
| Maintenance Building | Misc | Metalworking or Shop Machinery | | | | | | Miscellaneous In Maintenance Building 1 Including; Dewalt 8" Bench Grinder, Steel Work Table, Vise, Ridgid Chain Type Hold-down, Oxy / Acetylene Torch Set, 2-Door Cabinet, [2] Sections Of Pallet Racking, [8] Sections Of Parts Racking, Magnetic Base Drill, 16" Rotary Welding Positioner With 8" 3-Jaw Chuck, Portable Air Conditioner, Portable Heater, Hand / Portable Power / Rechargeable / Pneumatic Tools, Torpedo Heater, Large Wrenches, Pipe Bender, Ridgid Mdl. 535 2" Portable Pipe Threader With Dies, Shop Fox 20" Pedestal Drill Press With 1-1/2 HP Motor, Lincoln Power Mig 255C 250-Amp Mig Welder With Digital Readout Of Volts & Wire Feed Speed, Wellsaw S8B Approximately 7" X 12" Portable Horizontal Bandsaw With 3/4 HP motor (S/N: 23425), Hand Truck, Paint Shaker, 2-Door Flammable Storage Cabinet, Central Machinery 6" Belt / 9" Disc Sander, Paint Mixer, Shop Vacs, Esab Migmaster 215 Pro 200-Amp Mig Welder, L-Tec Pulse 450 450-Amp Mig Welder With Wire Feeder, Ladder, Port-A- Cool High-Output Water-Cooled Fan, Big Red 10 Ton Bench Top Hydraulic Press, Tool Boxes, Etc. |
| Press Ring Area | Air Compressor | Plant Support | 100 HP | Kaeser | CSD100S | 1078 | | 100 HP Screw Type Air Compressor, With Sigma Plc Control, 91,943 Hours, Drypoint Model RAX800NA Air Dryer S/N 210016729 |
| Rolling Stock | Forklift | Material Handling | 6,700 | Doosan | D35S-2 | K7-00482 | | 6,700 Lb. Diesel-Powered Forklift Truck, With 185" Max Lift Height, Side Shift, 6' Forks, Solid Tires |
| Rolling Stock | Forklift | Material Handling | 5,900 | Hyundai | 30L-7A | HHKHHF09 A0000218 4 | | 5,900 Lb. Propane-Powered Forklift Truck, With Approximately 180" Max Lift Height, Side Shift, 6' Forks, Solid Tires, 3,153 Hours |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Rolling Stock | Forklift | Material Handling | 5,820 | Toyota | 7FDU30 | 62046 | | 5,820 Lb. Diesel-Powered Forklift Truck, With 131-1/2" Max Lift Height, Side Shift, 69" Forks, Solid Tires, 12,219 Hours |
| Press Ring Area | Air Compressor | Plant Support | 100 HP | Kaeser | CSD100 | 1287 | 2010 | 100 HP Screw Type Air Compressor, With Sigma Plc Control |
| Rolling Stock | Forklift | Material Handling | 5,500 | Doosan | 30S-5 | S-00197 | | 5,500 Lb. Diesel-Powered Forklift Truck, With 186" Max Lift Height, Side Shift, 5" Forks, Solid Tires, 5,943 Hours |
| Machine Shop | Lathe | Metalworking or Shop Machinery | | King | | | | 42" Vertical Turret Lathe, With 42" 4-Jaw Chuck, Approximately 30" Under Rail, 5-Position Head, 30" Power Cross Travel, 20 HP Rotation Motor, 4-Position Side Head, Newall Dp700 2-Axis Digital Readout |
| Machine Shop | Vert. Lathe | Metalworking or Shop Machinery | | Bullard | | | | 42" Vertical Turret Lathe, With 42" 4-Jaw Chuck With Approximately 15 HP Rotation Motor, 5-Position Head, Approximately 18" Power Cross Travel, Approximately 24" Height Under Rail, 4-Position Side Head, and 20" Power Travel |
| Rolling Stock | Forklift | Material Handling | 4,500 | Caterpillar | P5000 | AT18C0112 1 | 2011 | 4,500 Lb. Diesel-Powered Forklift Truck, With 188" Max Lift Height, Side Shift, 6' Forks, Solid Tires, 8,543 Hours |
| Maintenance Building | Sweeper | Plant Support | | Powerboss | Armadillo 6X | | | Ride-On Floor Sweeper |
| Machine Shop | Lathe | Metalworking or Shop Machinery | | Bullard | | 22529 | | 36" Vertical Turret Lathe, With 36" 4-Jaw Chuck With Approximately 15 HP Rotation Motor, 5-Position Head, 18" Power Cross Travel, Approximately 24" Height Under Rail, 4-Position Side Head With 20" Power Travel |
| Maintenance Building | Lathe | Metalworking or Shop Machinery | | Victor | 20100 | 712047 | | 20" X 100" Engine Lathe, With Inch / Metric Threading, 12" 3-Jaw Chuck, 31-1500 Rpm 16-Speed 10 HP Spindle, Steady Rest, Foot Brake, Taper Attachment, Quick Change Tool Post, Chaser Dial, 3-1/2" Hole Thru Spindle |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial # | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Maintenance Building | Misc | Metalworking or Shop Machinery | | | | | | Miscellaneous in Maintenance Building 2 Including: [2] Bench Grinders, Hand / Portable Power / Pneumatic / Rechargeable Tools, Electric Jack Hammer, Rolling & Stationary Tables, Carts, [2] Steelmax 14" Cut-Off Saws, Gas Powered Auger Drill, Northrock Mdl. 3 Concrete Vibrator, Wheel Barrels, Hand Trucks, Powerhouse 9000 Gas Powered Generator, Rolling Jacks, Push Mower, [2] Battery Charger / Jumpers, Jack Stands, Vise, Oxy / Acetylene Torch Set, [7] Parts Racks, 2-Door Cabinets, 1 & 2-Door Flammable Storage Cabinets, Shop Vac Wet / Dry Vacuum, Torpedo Heater, Motor Stand, Spare Hydraulic Press Head, Etc. |
| Machine Shop | Bandsaw | Metalworking or Shop Machinery | | HEM | H160S | | | 16" x 25" Horizontal Bandsaw, With Approximately 2 HP Saw Head, Power Head Downfeed, Power Clamping, Coolant System |
| Rolling Stock | Pickup Truck | Rolling Stock | | Ford | Ranger | | 2004 | Regular Cab Pickup Truck, With 3 Liter V6 Gas Engine, Automatic Transmission, Approx. 110,560 Miles |
| Rolling Stock | Floor Scrubber | Rolling Stock | | Tennant | 6550 | 65508330 | | Floor Scrubber, Rider Type, Propane |
| Maintenance Building | Air Compressor | Plant Support | 10 HP | Kaeser | SM10 | 1298 | 2006 | 10 HP Screw Type Air Compressor, With Sigma Control Basic Plc Control, 18,693 Hours, Non-Functioning Built-In Air Dryer |
| Press Ring Area | Air Dryer | Plant Support | | Kaeser | TF171E | 100000327 1879 | | 600-Cfm Refrigerated Air Dryer, With R-134A Refrigerant, [2] Condensers, Plc Control |
| Heat Treating Area | Evener | Process Machinery | | | | | | Custom-Built Hydraulic Ring Evener, With 25 HP Hydraulic System, 7' Horizontal Stroke, Controls |
| Machine Shop | Lathe | Metalworking or Shop Machinery | | Warner & Swasey | #3A | 3161050 | 1955 | Round Head Turret Lathe, With 21" 3-Jaw Chuck, 6-Position Tailstock, 6-1/2" Hole Thru Spindle, Outboard Chuck Capability, 40 HP Motor, 4-Position Tool Post, 12-456 Rpm 24-Speed Spindle |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Press Ring Area | Quench | Process Machinery | | | | | | Custom-Built Quenching Pit, With Approximately 8' Diameter X 4' Deep Pit, Closed Loop Processed Water System With Diaphragm & Centrifugal Pumps, Approximately 10,000 Lb. Capacity Hydraulic Basket Lift System, All Related Process Piping, Valves, Pumps, Temperature Monitor, Approximately 20' Deep Fluid Pit |
| Press Ring Area | Welder | Metalworking or Shop Machinery | | Miller | Bobcat 225 | MD400941R | | Miller Bobcat 225 225-Amp / 11,000-Watt Gas Powered Mig / Tig / Stick Welder / Generator With 747 Hours (S/N: Md400941R) With Tow-Behind Single Axle Trailer |
| Rolling Stock | Forklift | Material Handling | 17,600 | Doosan | D80S-2 | GS-00019 | | 17,600 Lb. Diesel-Powered Forklift Truck, With 142" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 21,142 Hours |
| Machine Shop | Misc | Metalworking or Shop Machinery | | | | | | Miscellaneous in Machine Shop Including Hammond Double End Pedestal Grinder, Assorted Air Circulators, Metal Work Tables, Port-A-Cool Air Chiller, Wall Mounted Air Hose Reels, Vises, Ladders, Welding Screen, Toolboxes, Etc. |
| Machine Shop | Vert Mill | Metalworking or Shop Machinery | | Bridgeport | | 173628 | 1953 | Vertical Milling Machine, With 2 HP Variable Speed Work Head, 9" X 42" Work Table With Servo Power Feed, Te-Co 6" Machining Vise, One Shot Lube System |
| Maintenance Building | Bandsaw | Metalworking or Shop Machinery | | Wellsaw | 58B | 23425 | | Horizontal Band Saw |
| Maintenance Building | Cement Mixer | Metalworking or Shop Machinery | | MQ Whiteman | WM120SHHD | B1910012 | | 12 Cu. Ft. Mortar Mixer, With Honda Gas Engine |
| Maintenance Building | Welder | Metalworking or Shop Machinery | | Miller | BIG BLUE 400D | | | 450-Amp / Approximately 8,000-Amp Diesel-Powered Powered Mig / Tig / Stick Welder / Generator, With 2,470 Hours |
| Machine Shop | Jib Crane | Plant Support | | Abell Howe | | | | 1/4 Ton Floor Standing Free Spinning Jib Arm Crane, With Approximately 12' Arm, Electric Chain Hoist With Pendant Control |
| Machine Shop | Jib Crane | Plant Support | | | | | | 1/4 Ton Floor Standing Free Spinning Jib Arm Crane, With Approximately 8' Arm, Electric Chain Hoist With Pendant Control |
| Maintenance Building | Cement Mixer | Misc | | MQ Whiteman | EM-700 | C2353229 | | 7 Cu. Ft. Mortar Mixer, With Honda Gas Engine |

| Location in Plant | Category | Classification | Size | OEM | Model | Serial# | Year Built | Machine Description |
|---|---|---|---|---|---|---|---|---|
| Maintenance Building | Welder | Metalworking or Shop Machinery | | Esab | MULTI MASTER 300X | MBJ837004 | | 300-Amp Mig / Tig / Stick Welder, With Built-In Wire Feeder, Mobile Base |
| Rolling Stock | Cart | Rolling Stock | | John Deere | Gator | | | Gator, Gas Powered, With Rear Dump Bed |
| Rolling Stock | Forklift | Material Handling | 17,600 | Doosan | D80S-2 | GS-00071 | | 17,600 Lb. Diesel-Powered Forklift Truck, With 142" Max Lift Height, 70" Manipulator Arms With 360° Rotation, Solid Tires, Windshield, 22,156 Hours |
| Maintenance Building | Plasma Cutter | Metalworking or Shop Machinery | | Thermal Dynamics | CUTMASTER 60i | | | 60-Amp Portable Plasma Cutter |
| Maintenance Building | Welder | Metalworking or Shop Machinery | | Lincoln | 255C | | | Mig Welder |
| Maintenance Building | Welder | Metalworking or Shop Machinery | | Miller | MILLERMATIC 252 | LH490594B | 2007 | 250-Amp Mig Welder, With Built-In Wire Feeder, Digital Readout Of Volts & Wire Feed Speed |
| Maintenance Building | Saw | Metalworking or Shop Machinery | | Hoska | HS150 | | | Abrasive Cut-Off Saw, With 1 HP Motor, Approximately 6" Blade |
| Machine Shop | Lathe | Metalworking or Shop Machinery | | Yamazaki | Mazak-24 | | | Engine Lathe, 24" Swing, 120" Long |
| Maintenance Building | Shop Press | Metalworking or Shop Machinery | | | | | | Approximately 20 Ton Hand Hydraulic Shop Press |

Debtor name  **Oklahoma Forge, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)  **24-11060-M**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

---

**2.1** | **Loeb Term Solutions**
Creditor's Name

8609 W. Bryn Mawr
Suite 208
Chicago, IL 60631
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**8/11/2022, restated 9/15/23**
Last 4 digits of account number
**8053**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Loeb Term Solutions**
**2. Pathward, N.A.**

Describe debtor's property that is subject to a lien
**Steel and other metals used in forging operations. The value is based on the current offer as set forthin the Sale Motion, however as of this filing, the allocation of the total purchase price has not been determined.**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$4,000,000.00**  Value of collateral: **Unknown**

---

**2.2** | **Pathward, N.A.**
Creditor's Name

5480 Corporate Drive
Suite 350
Troy, MI 48098
Creditor's mailing address

bkjones@rappandkrock.com
Creditor's email address, if known

Describe debtor's property that is subject to a lien
**Steel and other metals used in forging operations. The value is based on the current offer as set forthin the Sale Motion, however as of this filing, the allocation of the total purchase price has not been determined.**

Describe the lien
**Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes

Amount of claim: **$250,000.00**  Value of collateral: **Unknown**

---

**Date debt was incurred**

**7/28/2022**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$4,250,000.00** |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bradley K. Jones**<br>**Two Post Oak Central**<br>**1980 Post Oak Blvd., Suite 1200**<br>**Houston, TX 77056** | Line __2.2__ | |
| **Kimberly Ross Clayson**<br>**Taft Stettinius & Hollister LLP**<br>**27777 Franklin Road, Suite 2500**<br>**Southfield, MI 48034** | Line __2.1__ | |

---

Debtor name __**Oklahoma Forge, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF OKLAHOMA__

Case number (if known) __**24-11060-M**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,034.03** | **$0.00** |
| | **Internal Revenue Service**<br>**Atty Gen of the US**<br>**10th & Constitutional Ave NW**<br>**Washington, DC 20530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2021-2024** | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **Oklahoma Empl Sec Comm**<br>**Attn Legal Dept**<br>**P O Box 52003**<br>**Oklahoma City, OK 73152** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | ■ No<br>☐ Yes | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|-----|----------------------------------------------|-----------------------------------------------|-------------|-------------|

**Oklahoma Tax Commission**
**Main Ofc**
**2501 N Lincoln Blvd**
**Oklahoma City, OK 73194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$91,167.00** | **Unknown** |
|-----|----------------------------------------------|-----------------------------------------------|----------------|-------------|

**Tulsa County Treasurer**
**Attn: John Fothergill**
**218 W. 6th Street, 8th Floor**
**Tulsa, OK 74119-1004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024**

Basis for the claim:

Last 4 digits of account number **8830**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,199.22** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**AAA Cooper Transportation**
**PO Box 935003**
**Atlanta, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **45496**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,367.57** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Aberdeen Dynamics**
**17751 E Admiral Pl**
**Catoosa, OK 74015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **45373**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,316.00** |
|-----|--------------------------------------------------|----------------------------------------------------------------------|-----------------|

**ACCELERATED MACHINE & CON.**
**5895 S 449th West Ave**
**Jennings, OK 74038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **12/21/2023**

**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $288.56 |
|---|---|---|---|

**ADMIRAL EXPRESS, LLC.**
PO Box 470650
Tulsa, OK 74147-0650

Date(s) debt was incurred  **45453**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.24 |
|---|---|---|---|

**ADP, Inc.**
PO Box 830272
Philadelphia, PA 19182-0272

Date(s) debt was incurred  **45485**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129.95 |
|---|---|---|---|

**Air Comfort Solutions**
5710 E Admiral Place
Tulsa, OK 74115

Date(s) debt was incurred  **45503**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $902.36 |
|---|---|---|---|

**AIR COMPRESSOR SUPPLY, INC.**
3916 S. I-35 SERVICE ROAD
Oklahoma City, OK 73129

Date(s) debt was incurred  **1/19/2024, 2/20/2024**

Last 4 digits of account number  **L200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 |
|---|---|---|---|

**All-Weld Co, LTD**
49 Passmore Ave
Scarborough, ON M1V 4T1

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Receiveable Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,586.00 |
|---|---|---|---|

**American Block**
PO Box 38266
Houston, TX 77238-8266

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Receiveable Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,039.25 |
|---|---|---|---|

**AMERICAN EXPRESS**
200 Vesey Street
New York, NY 10285-3106

Date(s) debt was incurred  **6/28/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**AMERICAN PIPING INSPECTION INC**
**17110 E PINE STREET**
**Tulsa, OK 74116**

Date(s) debt was incurred  **45435**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,715.70** |
|---|---|---|---|

**AMERICAN WASTE CONTROL INC**
**PO BOX 21054**
**Tulsa, OK 74121**

Date(s) debt was incurred  **45474**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$290.22** |
|---|---|---|---|

**Benefit Resources, Inc.**
**4775 E 91st St  Ste 100**
**Tulsa, OK 74137**

Date(s) debt was incurred  **45550**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,630.00** |
|---|---|---|---|

**BEST DOG, LLC**
**3105 Magnolia Knoll Lane**
**Houston, TX 77080**

Date(s) debt was incurred  **6/7/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**BP MACHINE & REPAIR, LLC**
**745 Oak Ridge Drive**
**Sand Springs, OK 74063**

Date(s) debt was incurred  **45343**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$970.00** |
|---|---|---|---|

**BRYANT REFRACTORY CO.**
**P O BOX 371**
**Tulsa, OK 74101**

Date(s) debt was incurred  **45323**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,820.00** |
|---|---|---|---|

**C G MARTIN CO.,INC**
**P O BOX 9345**
**Tulsa, OK 74157-0345**

Date(s) debt was incurred  **45306**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,040.00 |
|---|---|---|---|

**C&T EXPRESS INC**
**900 S 12th St**
**Broken Arrow, OK 74012**

Date(s) debt was incurred  **45413**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,874.71 |
|---|---|---|---|

**C4 Industrial, Inc.**
**6746 E. 12TH ST**
**Tulsa, OK 74112**

Date(s) debt was incurred  **5/14/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,594.00 |
|---|---|---|---|

**CARLSON COMPANY**
**4333 S 86th E AVE**
**Tulsa, OK 74145**

Date(s) debt was incurred  **45470**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209.24 |
|---|---|---|---|

**Cherokee Hose & Supply**
**P O BOX 1580**
**Oakhurst, OK 74050**

Date(s) debt was incurred  **45450**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,922.71 |
|---|---|---|---|

**CLEARWATER ENTERPRISES**
**5637 N Classen Blvd**
**Oklahoma City, OK 73118**

Date(s) debt was incurred  **7/5/2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**COMMUNITY CARE EAP**
**P O BOX 21228 DEPT 4**
**Tulsa, OK 74121-1228**

Date(s) debt was incurred  **45474**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,921.97 |
|---|---|---|---|

**Compsource Mutual Insurance Co**
**PO Box 269021**
**Oklahoma City, OK 73126-9021**

Date(s) debt was incurred  **45536**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**COX COMMUNICATIONS**
6301 Waterford Boulevard Suite 200
Oklahoma City, OK 73118

Date(s) debt was incurred **45478**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85.01 |
|---|---|---|---|

**CROWN PRODUCTS INC**
PO BOX 100
BIXBY, OK 74008-0100

Date(s) debt was incurred **45404**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,722.84 |
|---|---|---|---|

**Daniel E. Duffy Company**
7665 MENTOR AVENUE
Mentor, OH 44060

Date(s) debt was incurred **45488**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,853.13 |
|---|---|---|---|

**DARR EQUIPMENT COMPANY**
4885 S Frontage RD
Tulsa, OK 74107

Date(s) debt was incurred **45377**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,407.84 |
|---|---|---|---|

**DELTA REFRACTORIES INC**
21557 PROVINCIAL BLVD- SUITE A
Katy, TX 77450

Date(s) debt was incurred **45406**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $347.71 |
|---|---|---|---|

**DEPARTMENT OF ENVIRONMENTAL
QUALITY ADMINISTRATIVE SERVICES**
Oklahoma City, OK 73101

Date(s) debt was incurred **45378**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,450.00 |
|---|---|---|---|

**Dodson Machine & Consulting, LLC.**
45473 W. 51st St South
Jennings, OK 74038

Date(s) debt was incurred **45370**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,339.00 |
|---|---|---|---|

**DOWNING MANUFACTURING INC.**
**8504 S. REGENCY DR.**
**Tulsa, OK 74131**

Date(s) debt was incurred  __45450__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477,149.23 |
|---|---|---|---|

**ELLWOOD NATIONAL STEEL COMPANY**
**700 Moravia Street**
**New Castle, PA 16101**

Date(s) debt was incurred  __1/29/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372,893.77 |
|---|---|---|---|

**ELLWOOD QUALITY STEEL CO**
**700 Moravia Street**
**New Castle, PA 16101**

Date(s) debt was incurred  __4/5/2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,932.28 |
|---|---|---|---|

**Euler Hermes N.A.**
**100 International Drive**
**22nd Floor**
**Baltimore, MD 21202**

Date(s) debt was incurred  __3/15/2024-5/28/2024__

Last 4 digits of account number  __8372__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**EVANS ENTERPRISES INC-TULSA**
**6707 N. Interstate Drive**
**Norman, OK 73069**

Date(s) debt was incurred  __1/27/2023__

Last 4 digits of account number  __2600__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,756.01 |
|---|---|---|---|

**FEDEX FREIGHT**
**2200 Forward Dr**
**Harrison, AR 72602-0840**

Date(s) debt was incurred  __45484__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197.34 |
|---|---|---|---|

**FIZZ-O WATER COMPANY**
**809 NORTH LEWIS AVE**
**Tulsa, OK 74110**

Date(s) debt was incurred  __45474__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,817.70 |
|---|---|---|---|

**FLEET FUELS, LLC**
13003 E Admiral Pl
Tulsa, OK 74116

Date(s) debt was incurred  **45474**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.53 |
|---|---|---|---|

**FLUID SPECIALTIES**
1 S 109th East Pl
Tulsa, OK 74128-1624

Date(s) debt was incurred  **45344**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $277.90 |
|---|---|---|---|

**FRED JACKSON BUSINESS FORMS**
4609 W Memphis St
Broken Arrow, OK 74012

Date(s) debt was incurred  **45391**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,554.08 |
|---|---|---|---|

**GALTWAY INDUSTRIES**
400 NORTH SAM HOUSTON PKWY E
Houston, TX 77060

Date(s) debt was incurred  **45488**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GBQ Partners LLC**
230 West Street, Suite 700
Columbus, OH 43215

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330.00 |
|---|---|---|---|

**GEA Systems North America, LLC**
9165 Rumsey Rd
Columbia, MD 21045

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Receiveable Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|

**GENERATOR SUPERCENTER**
3800 N.E. 104th  Suite 600
Oklahoma City, OK 73131

Date(s) debt was incurred  **45352**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,208.80 |
|---|---|---|---|

**Gilmac Limited**
4162 St. Clair Parkway
PORT LAMBTON, ON N0P 2B0

Date(s) debt was incurred **45488**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.00 |
|---|---|---|---|

**GRAINGER**
10707 E. Pine St
Tulsa, OK 74116-1547

Date(s) debt was incurred **45369**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $468.49 |
|---|---|---|---|

**H & E EQUIPMENT SERVICES. INC.**
5644 West 55th Street
Tulsa, OK 74107-9107

Date(s) debt was incurred **45372**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $585.80 |
|---|---|---|---|

**HANLOCK-CAUSEWAY CO.**
PO BOX 371
Tulsa, OK 74101

Date(s) debt was incurred **45356**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $657.00 |
|---|---|---|---|

**Heat Transfer Equipment**
1515 N 93rd East Ave
Tulsa, OK 74115

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Account Receiveable Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Houlihan Lokey**
111 S. Wacker Drive, 37th Floor
Chicago, IL 60603-6000

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $138,937.02 |
|---|---|---|---|

**Hub International Mid -America**
6100 S Yale
Tulsa, OK 74136

Date(s) debt was incurred **8/1/2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,955.95** |
|---|---|---|---|
| | **HUMMINGBIRD TECH**<br>**PO BOX 649205**<br>**Dallas, TX 75264** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45471** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,860.35** |
|---|---|---|---|
| | **Hydrasource**<br>**6910 E VIRGIN STREET**<br>**Tulsa, OK 74115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **5/11/2024** | **Basis for the claim:**  **Trade debt** | |
| | Last 4 digits of account number  **0636** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,181.78** |
|---|---|---|---|
| | **IBT**<br>**PO BOX 873065**<br>**Kansas City, MO 64187-3065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45244** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$160.00** |
|---|---|---|---|
| | **In Line Flow Products LTD**<br>**Unit 100, 3260-16 Street**<br>**Nisku, AB T9E 1P5** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  **Account Receiveable Credit Balance** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,932.28** |
|---|---|---|---|
| | **INDUSTRIAL OILS UNLIMITED INC**<br>**PO BOX 100**<br>**Bixby, OK 74008-0100** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45440** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,589.00** |
|---|---|---|---|
| | **INTERSTATE ELECTRIC CORP**<br>**196 E Morrow Road**<br>**Sand Springs, OK 74063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45288** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,518.70** |
|---|---|---|---|
| | **ITCO SALES INC**<br>**6700 SOUTHWEST BLVD**<br>**Tulsa, OK 74107** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **45338** | **Basis for the claim:** _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425,063.30 |
|---|---|---|---|

**JADE-STERLING STEEL CO., INC.**
**26400 RICHMOND ROAD**
**Bedford, OH 44146**

Date(s) debt was incurred  5/1/2024

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.33 |
|---|---|---|---|

**Johnson Controls Fire Protection LP**
**5825 S 129th East Ave**
**Tulsa, OK 74134**

Date(s) debt was incurred  45457

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $405.28 |
|---|---|---|---|

**JW JONES, INC.**
**114 ASPEN LANE**
**Mars, PA 16046**

Date(s) debt was incurred  45488

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,467.99 |
|---|---|---|---|

**KAESER COMPRESSORS INC**
**P O BOX 946**
**Fredericksburg, VA 22404**

Date(s) debt was incurred  45351

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,392.00 |
|---|---|---|---|

**KELLOGG & ASSOCIATES**
**PO Box 48459**
**Minneapolis, MN 55448**

Date(s) debt was incurred  45488

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,898.57 |
|---|---|---|---|

**KONECRANES INC**
**410 S. 129th E Ave**
**Tulsa, OK 74108-2510**

Date(s) debt was incurred  45415

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**LAMBERT-BROWN SCALES, INC**
**P O BOX 3286**
**Broken Arrow, OK 74013-3286**

Date(s) debt was incurred  45377

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Landstar Ranger, INC.**
13410 Sutton Park Dr S
Jacksonville, FL 32224

Date(s) debt was incurred  **7/2/2024**

Last 4 digits of account number  **7617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $914.21 |
|---|---|---|---|

**LANSING FORGE, INC.**
5232 Aurelius Road
Lansing, MI 48911

Date(s) debt was incurred  **2/20/2024**

Last 4 digits of account number  **0483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,710.35 |
|---|---|---|---|

**LARK HEAT TREATING INC**
6640 MAYARD
Houston, TX 77041

Date(s) debt was incurred  **45299**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|

**Leadline Marketing Inc.**
1307 S. BOULDER AVE
Tulsa, OK 74119

Date(s) debt was incurred  **45474**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050,271.79 |
|---|---|---|---|

**LEHIGH SPECIALTY MELTING INC**
275 Emery Street
Bethlehem, PA 18015

Date(s) debt was incurred  **6/6/2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Linmark Machine Products, Inc.**
PO Box 408
Union, MO 63084

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Receiveable Credit Balance**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211.53 |
|---|---|---|---|

**LOCKE SUPPLY COMPANY**
1300 SE 82nd St
Oklahoma City, OK 73149

Date(s) debt was incurred  **45299**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285.70** |
|---|---|---|---|

**LOWE'S HOME CENTER**
**Lowe's Business Acct/syncb**
**Philadelphia, PA 19176-1726**

Date(s) debt was incurred  **45460**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$865.04** |
|---|---|---|---|

**MAC'S ELECTRIC SUPPLY CO**
**1624 E THIRD STREET**
**Tulsa, OK 74120**

Date(s) debt was incurred  **45392**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**Machine Service Technologies LLC**
**PO Box 402**
**Claremore, OK 74018**

Date(s) debt was incurred  **45231**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,896.21** |
|---|---|---|---|

**MCMASTER- CARR SUPPLY CO**
**600 N County Line Rd**
**Elmhurst, IL 60126-2034**

Date(s) debt was incurred  **45363**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,385.00** |
|---|---|---|---|

**METRO MACHINE WORKS INC**
**5204 S 49TH W AVE**
**Tulsa, OK 74107**

Date(s) debt was incurred  **4/4/2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,583.11** |
|---|---|---|---|

**Mid-America Packaging & Janitor Co.**
**1124 North Lansing**
**Tulsa, OK 74106**

Date(s) debt was incurred  **45407**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**MILLER TRUCK LINES LLC**
**PO Box 665**
**Stroud, OK 74079**

Date(s) debt was incurred  **45363**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $838.36 |
|---|---|---|---|

**MILLS TRUCK AND TRACTOR SVC.**
**4507 N STATE HIGHWAY 97**
**Sand Springs, OK 74063**

Date(s) debt was incurred  **45316**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,501.61 |
|---|---|---|---|

**Motion Industries**
**1605 Alton Road**
**Birmingham, AL 35210**

Date(s) debt was incurred  **3/7/2024; 3/25/2024**

Last 4 digits of account number  **2131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $638.00 |
|---|---|---|---|

**MSI MACHINE TOOL PARTS INC**
**1619 DONNA AVENUE**
**Madison Heights, MI 48071-2063**

Date(s) debt was incurred  **45384**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,377.00 |
|---|---|---|---|

**Murphy Clark-Ullman Inc**
**5565 N Dolphin St**
**Portland, OR 97217**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Account Receiveable Credit Balance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,596.68 |
|---|---|---|---|

**NEWLANE FINANCE CO**
**PO Box 7358**
**Philadelphia, PA 19101**

Date(s) debt was incurred  **45488**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495,124.86 |
|---|---|---|---|

**NUCOR STEEL-MEMPHIS, INC**
**3601 Paul R Lowry Road**
**Memphis, TN 38109**

Date(s) debt was incurred  **11/9/2023**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,918.21 |
|---|---|---|---|

**NW Trust, Nationwide**
**Retirement Plans**
**POB 183046**
**Columbus, OH 43218-3046**

Date(s) debt was incurred  **45540**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Oklahoma Forge, LLC | Case number (if known) | 24-11060-M |
|---|---|---|---|

Name

---

**3.88**

**Nonpriority creditor's name and mailing address**
**Old Dominion Freight Line, Inc.**
**Attn: Rusty Frazier**
**500 Old Dominion Way**
**Thomasville, NC 27360**

Date(s) debt was incurred  **4/30/2024-6/27/2024**

Last 4 digits of account number  **2316**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$54,614.21**

---

**3.89**

**Nonpriority creditor's name and mailing address**
**OVERHEAD DOOR OF TULSA**
**5730 E Admiral Place**
**Tulsa, OK 74115**

Date(s) debt was incurred  **45386**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,105.45**

---

**3.90**

**Nonpriority creditor's name and mailing address**
**Parker Hannifin Filtration Inc**
**118 Washington Ave**
**Mineral Wells, TX 76067**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Account Receiveable Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

**$106.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**
**Pathward, N.A.**
**5480 Corporate Drive**
**Suite 350**
**Troy, MI 48098**

Date(s) debt was incurred  **7/28/2022**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Guaranty of Dunner Supply Debt.**

Is the claim subject to offset? ■ No  ☐ Yes

**$650,000.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**
**Pitney Bowes Bank Global Fin. SVC**
**PO Box 981022**
**Boston, MA 02298-1022**

Date(s) debt was incurred  **45474**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$35.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**
**Pitney Bowes Bank Inc.**
**PO Box 981026**
**Boston, MA 02298-1026**

Date(s) debt was incurred  **45526**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$344.97**

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Plains Midstream Canada ULC**
**c/o Michael Theroux**
**4500 Bankers Hall East**
**855 - 2d Street S.W.**
**Calgary, AB**

Date(s) debt was incurred  **11/2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:  Product Liability Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.95 | |

**Nonpriority creditor's name and mailing address**
**Public Service Company of Oklahoma**
**d/b/a AEP PSO**
**1 Riverside Plaza, 13th Floor**
**Columbus, OH 43215**

Date(s) debt was incurred  **7/1/2024**
Last 4 digits of account number  **2108**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$22,189.42**

---

| | |
|---|---|
| 3.96 | |

**Nonpriority creditor's name and mailing address**
**QUIK SERVICE STEEL CO**
**1155 N. PEORIA**
**Tulsa, OK 74106**

Date(s) debt was incurred  **45383**
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$3,742.20**

---

| | |
|---|---|
| 3.97 | |

**Nonpriority creditor's name and mailing address**
**R W Holland**
**PO Box 472336**
**Tulsa, OK 74147**

Date(s) debt was incurred  _
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Account Receiveable Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,420.00**

---

| | |
|---|---|
| 3.98 | |

**Nonpriority creditor's name and mailing address**
**Robert Half Inc.**
**3001 Bishop Dr.**
**Suite 130**
**San Ramon, CA 94583**

Date(s) debt was incurred  **4/1/2024 - 8/8/2024**
Last 4 digits of account number  **3000**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$59,907.28**

---

| | |
|---|---|
| 3.99 | |

**Nonpriority creditor's name and mailing address**
**ROGERS GLASS INC**
**2409 W 41ST STREET**
**Tulsa, OK 74107**

Date(s) debt was incurred  **45261**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$558.74**

---

| | |
|---|---|
| 3.100 | |

**Nonpriority creditor's name and mailing address**
**SAFETY-KLEEN SYSTEMS, INC.**
**42 Longwater Dr.**
**Norwell, MA 02061**

Date(s) debt was incurred  **45429**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

**$2,582.14**

---

| | |
|---|---|
| 3.101 | |

**Nonpriority creditor's name and mailing address**
**SMITH PALLET COMPANY CO INC**
**P O BOX 207**
**Hatfield, AR 71945**

Date(s) debt was incurred  **5/6/2024**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$84,794.82**

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,600.00** |
|---|---|---|---|
| | **SMS GROUP** | ☐ Contingent | |
| | **100 SANDUSKY STREET** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15212** | ☐ Disputed | |
| | Date(s) debt was incurred **3/15/2024** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,319.96** |
|---|---|---|---|
| | **Stamford Supply & Service Ltd.** | ☐ Contingent | |
| | **PO BOX 730** | ☐ Unliquidated | |
| | **LUNDBRECK, AB T0K 1H0** | ☐ Disputed | |
| | Date(s) debt was incurred **45488** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,366.78** |
|---|---|---|---|
| | **STANDLEY SYSTEMS** | ☐ Contingent | |
| | **PO Box 660831** | ☐ Unliquidated | |
| | **Dallas, TX 75266-0831** | ☐ Disputed | |
| | Date(s) debt was incurred **45450** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,129.00** |
|---|---|---|---|
| | **Stark Solutions** | ☐ Contingent | |
| | **10650 FM 1484 Rd** | ☐ Unliquidated | |
| | **Conroe, TX 77303** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Account Receiveable Credit Balance** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$96,015.00** |
|---|---|---|---|
| | **T.R.L. Co. DBA Rotary Kiln Dryer** | ☐ Contingent | |
| | **3039 S. 11th Street** | ☐ Unliquidated | |
| | **Council Bluffs, IA 51501** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Trade Debt/Judgment** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,443.41** |
|---|---|---|---|
| | **TEXAS PROCESS EQUIPMENT** | ☐ Contingent | |
| | **5215 Ted Street** | ☐ Unliquidated | |
| | **Houston, TX 77040** | ☐ Disputed | |
| | Date(s) debt was incurred **45317** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$133,603.17** |
|---|---|---|---|
| | **The Fidelis Group** | ☐ Contingent | |
| | **30800 Telegraph Rd, Ste 2800** | ☐ Unliquidated | |
| | **Franklin, MI 48025** | ☐ Disputed | |
| | Date(s) debt was incurred **6/1/2024** | **Basis for the claim:** **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| **3.109** | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$15,621.85** |
| **THE G W VAN KEPPEL COMPANY** | ☐ Contingent |
| **1876 N 105TH EAST AVE** | ☐ Unliquidated |
| **TULSA, OK 74116** | ☐ Disputed |
| **Date(s) debt was incurred** __45373__ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.110** | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$415.17** |
| **THE RULE COMPANY** | ☐ Contingent |
| **616 S ROCKFORD AVE.** | ☐ Unliquidated |
| **Tulsa, OK 74120-4626** | ☐ Disputed |
| **Date(s) debt was incurred** __45379__ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.111** | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$189.47** |
| **THE UNLAUB COMPANY, INC.** | ☐ Contingent |
| **1722 E King Pl** | ☐ Unliquidated |
| **Tulsa, OK 74110** | ☐ Disputed |
| **Date(s) debt was incurred** __45357__ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.112** | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$22.00** |
| **Thermal Projection** | ☐ Contingent |
| **2925 Rue Tubbutt** | ☐ Unliquidated |
| **Trois-Riveres, QB G9A 5E1** | ☐ Disputed |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __Account Receiveable Credit Balance__ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.113** | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$3,681.36** |
| **TOM SCHWINGBECK** | ☐ Contingent |
| **506 E. ORCHARD STREET** | ☐ Unliquidated |
| **Arlington Heights, IL 60005** | ☐ Disputed |
| **Date(s) debt was incurred** __45488__ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.114** | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$5,715.90** |
| **TRS ENTERPRISES, LLC** | ☐ Contingent |
| **1307 S Lewis Ave** | ☐ Unliquidated |
| **Tulsa, OK 74104** | ☐ Disputed |
| **Date(s) debt was incurred** __3/28/2024__ | **Basis for the claim:** __Trade debt__ |
| **Last 4 digits of account number** __4717__ | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| **3.115** | |
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$263.90** |
| **TULSA CLEANING SYSTEMS** | ☐ Contingent |
| **6691 State Highway 66** | ☐ Unliquidated |
| **Tulsa, OK 74131** | ☐ Disputed |
| **Date(s) debt was incurred** __45352__ | **Basis for the claim:** __ |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No  ☐ Yes |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,122.37 |

**TULSA GAS &  GEAR LLC**
**6665 S 65TH W AVE**
**Tulsa, OK 74131**

Date(s) debt was incurred  **45384**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97.38 |

**Uline**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred  **05/21/2024**

Last 4 digits of account number  **1568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.38 |

**ULINE**
**12575 Uline Dr**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred  **45433**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,724.75 |

**UNIFIRST CORPORATION**
**2100 N Beech Ave**
**Broken Arrow, OK 74012**

Date(s) debt was incurred  **45484**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,180.56 |

**UNIFIRST FIRST AID + SAFETY**
**3499 RIDER TRAIL SOUTH**
**ST. LOUIS, MO 63045**

Date(s) debt was incurred  **45471**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.64 |

**US CELLULAR**
**8410 W. Bryn Mawr Ave**
**Chicago, IL 60631**

Date(s) debt was incurred  **45453**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454,924.35 |

**Valbruna Stainless, Inc.**
**2400 Taylor Street West**
**Fort Wayne, IN 46802**

Date(s) debt was incurred  **4/15/2024**

Last 4 digits of account number  **4624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,099.80 |
|---|---|---|---|

**VICTOR WELDING SUPPLY CO.**
**123 SOUTH PEORIA**
**Tulsa, OK 74120**

Date(s) debt was incurred  **45473**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,880.00 |
|---|---|---|---|

**VOLTA LOGISTICS, INC.**
**1515 Central Ave NE Suite 120**
**Minneapolis, MN 55413**

Date(s) debt was incurred  **45281**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.55 |
|---|---|---|---|

**WHOLESALE TOOL CO., INC**
**9909 E 55th Place**
**Tulsa, OK 74146**

Date(s) debt was incurred  **45261**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,156.00 |
|---|---|---|---|

**Willis Precision Manufacturing Inc.**
**1206 Washington St**
**South Houston, TX 77587-4557**

Date(s) debt was incurred  __

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Account Receiveable Credit Balance**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express (Lowes)**<br>**PO Box 6031**<br>**Carol Stream, IL 60197** | Line  **3.10**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Bradley K. Jones**<br>**Two Post Oak Central**<br>**1980 Post Oak Blvd., Suite 1200**<br>**Houston, TX 77056** | Line  **3.91**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Internal Revenue Service**<br>**Centralized Insolvency Operations**<br>**P O Box 7346**<br>**Philadelphia, PA 19101-7346** | Line  **2.1**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Internal Revenue Service**<br>**P O Box 267**<br>**Stop 812**<br>**Covington, KY 41019-0001** | Line  **2.1**<br>☐ Not listed. Explain ____ | __ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Internal Revenue Service**<br>Austin, TX | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Internal Revenue Service**<br>**District Director**<br>**Chief SpF Stop 5024**<br>**55 No Robinson**<br>**Oklahoma City, OK 73102** | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Internal Revenue Svc**<br>**Chief Civil Trial Sec-Central Reg**<br>**Tax Div, US Dept of Justice**<br>**P O Box 7238**<br>**Washington, DC 20044-7238** | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **IRS**<br>**Dept of Treasury**<br>**Ogden, UT 84201** | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Mark Banner**<br>**Hall Estill**<br>**521 E. 2d Suite 1200**<br>**Tulsa, OK 74120** | Line __3.106__<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **PSO**<br>**212 E. 6th Street**<br>**Tulsa, OK 74119** | Line __3.95__<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Robert Half**<br>**POB 743295**<br>**Los Angeles, CA 90074-3295** | Line __3.98__<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 93,201.03 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,492,135.35 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,585,336.38 |

Debtor name   **Oklahoma Forge, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)   **24-11060-M**

☐ Check if this is an
    amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Sub Lease Agreement** |
| State the term remaining | **5 years** |
| List the contract number of any government contract | **Duenner Supply, LLC**<br>**5259 S. 49th W. Avenue**<br>**Tulsa, OK 74107** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **MONTHLY IT/DATA BACKUP/EMAIL/SUPPORT** |
| State the term remaining | |
| List the contract number of any government contract | **HUMMINGBIRD.TECH**<br>**ATTN; LAUREN LAFORTUNE**<br>**611 E. 4th St**<br>**TULSA, OK 74120** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Employment contract with retention bonus.** |
| State the term remaining | **To closing on sale** |
| List the contract number of any government contract | **Jessica Phillips**<br>**15284 Lake Road**<br>**Skiatook, OK 74070** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **PHONE CONTRACT FOR INTERNET BASED PHONES** |
| State the term remaining | |
| List the contract number of any government contract | **NEWLANE FINANCE**<br>**PRESIDENT**<br>**PO BOX 7358**<br>**PHILADELPHIA, PA 19101** |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE OF SCAN/COPY/BUSINESS MACHINE** | |
|---|---|---|---|
| | State the term remaining | | **STANLEY SYSTEMS ATTN PRESIDENT PO BOX 660831 DALLAS, TX 75266** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Employment contract with retention bonus.** | |
|---|---|---|---|
| | State the term remaining | **to closing on sale** | **Steve Upton 7419 S. 81st. W. Place Tulsa, OK 74131** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE BUY/BACK on primary facility.** | |
|---|---|---|---|
| | State the term remaining | | **STORE MASTER FUNDING XIV,LLC 8377 E HARTFORD DRIVE SUITE 100 SCOTTSDALE, AZ 85255** |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **Oklahoma Forge, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)    **24-11060-M**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors     12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Duenner Supply** | **5259 S 49th W Ave<br>Tulsa, OK 74107<br>Guaranty** | **Pathward, N.A.** | ☐ D \_\_\_\_\_<br>☐ E/F \_\_\_\_\_<br>☐ G \_\_\_\_\_ |

Debtor name **Oklahoma Forge, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) **24-11060-M**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$9,317,808.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$29,850,352.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$17,898,923.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | **Business Interruption Insurance Proceed** | **$149,150.00** |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **Business Interruption Insurance Proceed** | **$550,000.00** |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | | **$0.00** |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached Exhibit SOFA 4.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Best Dog LLC**<br>**3105 Magnolia Knoll Lane**<br>**Houston, TX 77080** | **Offset against payable**<br>Last 4 digits of account number: _____ | | $3,634.00 |
| **Carlson Acquisition Company**<br>**4333 86th E. Avenue**<br>**Tulsa, OK 74145** | **Offset against payable**<br>Last 4 digits of account number: _____ | | $6,100.00 |

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Steve Forge LLC v. Oklahoma Forge LLc, et al.**<br>**Cj-2023-01051** | **Misappropriation of Plaintiff's Funds** | **Tulsa County District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Plains Midstream Canada, ULC v. Oklahoma Forge LLC et al.**<br>**2301-12356** | **Product Liability-OFI alleged to be liable as successor** | **Court of King's Bench in Alberta Canada** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Metro Machine Works v Oklahoma Forge, LLC**<br>**CJ-2024-1784** | **Breach of Contract** | **Tulsa County District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **T.R.L. Co d/b/a Rotary Kiln & Dryer v.Oklahoma Forge,LLC et al.**<br>**LACV 125099** | **Breach of contract** | **Pottawatamie County District Court, IA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Break-in at Facility** | **No insurance coverage** | **10/22/2024** | **$32,000.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Crowe & Dunlevy**<br>**222 N Detroit Avenue, Suite 600**<br>**Tulsa, OK 74120** | | **11/20/2024** | **$10,000.00** |
| | Email or website address<br>**www.crowedunlevy.com** | | | |
| | Who made the payment, if not debtor?<br>**Fidelis Holdings** | | | |
| 11.2. | **D.R. Payne & Associates Inc.** | | **11/20/2024** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Fidelis Holdings** | | | |
| 11.3. | **Crowe & Dunlevy**<br>**222 N Detroit Avenue**<br>**Suite 600**<br>**Tulsa, OK 74120** | | **11/20/2024** | **$70,436.50** |
| | Email or website address<br>**www.crowedunlevy.com** | | | |
| | Who made the payment, if not debtor?<br>**Fidelis Holdings** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

---

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|-----------------------------------------------------------------------------------|----------------------------------------------------------------------------|

---

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Credit check information**

    Does the debtor have a privacy policy about that information?
    ■ No
    ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| **DIP is one of many subsidiaries participating in a 401(k) held by its parent Fidelis** | EIN:  **87-2015320** |

        Has the plan been terminated?
        ■ No
        ☐ Yes

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Robert Half**<br>**12400 Collections Center Drive**<br>**Chicago, IL 60693** | **10/2023-11/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **GBQ Partners LLC**<br>**230 West Street, Suite 700**<br>**Columbus, OH 43215** | **1/2023-3/2024** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.   **Blue and Company**<br>**30800 Telegraph Road, Suite 2800**<br>**Franklin, MI 48025** | **7/2022-11/2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Oklahoma Forge**<br>**5259 S. 49th West Aveneu**<br>**Tulsa, OK 74107** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Pipeline Equipment**<br>**8403 S. 89th W. Avenue**<br>**Tulsa, OK 74131** |

**Name and address**

26d.2.    **AF Global Holdings**
**19450 State Hwy. 249**
**Suite 500**
**Houston, TX 77070**

26d.3.    **Anderson Schumaker**
**824 S. Central Avenue**
**Chicago, IL 60644**

26d.4.    **Carson Company**
**4333 S. 86th E. Avenue**
**P.O. Box 470075**
**Tulsa, OK 74147**

26d.5.    **Ellwood Group**
**700 Moravia Street**
**New Castle, PA 16101**

26d.6.    **Frisa**
**Carretera Garcia Km 7.5**
**Estacion El Durazn Garcia, N.L. 66000**

26d.7.    **Forge Resources Group**
**1801 Pleasant St.**
**DeKalb, IL 60115**

26d.8.    **Newman Flange**
**1649 L Street**
**Newman, CA 95360**

26d.9.    **Sypris Technologies, Inc.**
**101 Bullitt Lane**
**Suite 450**
**Louisville, KY 40222**

26d.10.    **Allied Group**
**7200 Mykawa Rd.**
**Houston, TX 77033**

26d.11.    **Liberty Forge Inc.**
**1507 Ft. Worth Street**
**Liberty, TX 77575**

26d.12.    **Lehigh Specialty Metals**
**275 Emery Street**
**Bethlehem, PA 18015**

26d.13.    **Loeb Term Solutions**
**8609 Bryn MAwr, Suite 208**
**Chicago, IL 60631**

26d.14.    **Pathward, N.A.**
**5480 Corporate Drive**
**Suite 350**
**Troy, MI 48098**

26d.15.    **Store Master Funding XIV, LLC**
**8377 Hartford Dr.**
**Ste 100**
**Scottsdale, AZ 85255**

26d.16.    **Business Transitions LLC**
**1004 S. Tamarack Avenue**
**Broken Arrow, OK 74012**

| Name and address | | |
|---|---|---|
| 26d.17. | **Houlihan Lokey**<br>**111 S. Wacker Drive, 37th Floor**<br>**Chicago, IL 60603-6000** | |
| 26d.18. | **There may be others**<br>**This list is the best of the DIP**<br>**The DIP will amend as appropriate** | |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Steve Upton** | **10/15/2024** | **822891.** |
| | Name and address of the person who has possession of inventory records | | |
| | **Jessica Phillips-Oklahoma Forge**<br>**5259 S. 49th W. Avenue**<br>**Tulsa, OK 74107** | | |
| 27.2. | **Sonny Davis** | **12/29/2023** | **2927462.87** |
| | Name and address of the person who has possession of inventory records | | |
| | **Jessica Phillips-Oklahoma Forge**<br>**5259 S. 49th W. Ave.**<br>**Tulsa, OK 74107** | | |
| 27.3. | **Sonny Davis** | **1/3/2023** | **4046563.31** |
| | Name and address of the person who has possession of inventory records | | |
| | **Jessica Phillips-Oklahoma Forge**<br>**5259 S. 49th W. Ave.**<br>**Tulsa, OK 74107** | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James J. Connor** | **30700 Telegraph Road, Suite 3475**<br>**Bingham Farms, MI 48025** | **Manager** | **0** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Mark L. Smith | 30800 Telegraph Road, Suite 2800 Bingham Farms, MI 48025 | Manager- 0% | 6/2022-4/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ☐ No
- ■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| Integra Irrevocable Trust UAD 4-18-19 | EIN:    84-6831891 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 13, 2024**

**/s/ James J. Connor**                      **James J. Connor**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
- ■ No
- ☐ Yes

| Debtor | Oklahoma Forge, LLC | Case Number | 24-11060-M |
|---|---|---|---|

Attachment to Official Form 207

Question
4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| | Transfer from Related | | Transfers to Related | |
|---|---|---|---|---|
| Bank Account # | 0506 | 0514 | 0506 | 0522 |
| Account Name | Disbursement | Payroll | Disbursement | Collection |

Transfers from (to);
Fidelis Holdings, LLC
30700 Telegraph Road, Suite 3475
Bingham Farms, MI 48025

| Dates | | | | | Reason |
|---|---|---|---|---|---|
| 11/22/23 | | | | | |
| 1/2/24 | 299,000.00 | | | | Advance |
| 1/4/24 | | | (38,000.00) | | Short term advance |
| 1/5/24 | 38,000.00 | | | | Repayment |
| 1/5/24 | | | (54,000.00) | | Pay managament fee |
| 1/8/24 | | | (60,000.00) | | Pay managament fee |
| 1/17/24 | | | (50,000.00) | | Pay managament fee |
| 1/24/24 | | | (20,000.00) | | Pay managament fee |
| 1/26/24 | | | (55,000.00) | | Repay Advance |
| 1/30/24 | | | (50,000.00) | | Repay Advance |
| 1/30/24 | | | (50,000.00) | | Repay Advance |
| 2/6/24 | 95,000.00 | | | | Advance |
| 3/29/24 | | | (60,000.00) | | Pay managament fee |
| 4/2/24 | 60,000.00 | | | | Advance |
| 4/3/24 | | | (27,000.00) | | Pay managament fee |
| 4/5/24 | | | (125,000.00) | | Repay Advance |
| 4/12/24 | | | (185,000.00) | | Pay managament fee |
| 5/9/24 | | | (75,000.00) | | Pay managament fee |
| 5/16/24 | | | (10,517.65) | | Pay managament fee |
| 6/12/24 | | | (15,000.00) | | Pay managament fee |
| 6/20/24 | | | (50,000.00) | | Pay managament fee |
| | 492,000.00 | | (924,517.65) | | |

**Summary**

| | | | | | |
|---|---|---|---|---|---|
| | | | (606,517.65) | | Payment - Management Fees |
| | 492,000.00 | | | | Cash Transfers to OK Forge |
| | | | (318,000.00) | | Cash Transfers from OK Forge |

In the year ended 11/22/24, Fidelis transferred $492,000 to DIP, and during the same period, the DIP transferred $924,000 to Fidelis for a net transfer to Fidelis of $432,000. The $924,000 transferred to Fidelis is comprised of $606,000 in management fees and $318,000 in repayment of loans made by Fidelis to the DIP.

| Debtor | Oklahoma Forge, LLC | Case Number | 24-11060-M |
|---|---|---|---|

Attachment to Official Form 207

Question
4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| | Transfer from Related | | Transfers to Related | |
|---|---|---|---|---|
| Bank Account # | 0506 | 0514 | 0506 | 0522 |
| Account Name | Disbursement | Payroll | Disbursement | Collection |

Transfers from (to);
Duenner Supply
5259 S 49th W Ave
Tulsa, OK 74107

| Dates | | | | | Reason |
|---|---|---|---|---|---|
| 11/22/23 | | | | | |
| 1/9/24 | 55,000.00 | | | | Advance |
| 1/25/24 | | 432.98 | | | Payment of expense |
| 3/11/24 | 37,000.00 | | | | Advance |
| 3/25/24 | | | | (14,085.16) | Repayment of payroll items |
| 4/5/24 | 125,000.00 | | | | Advance |
| 7/12/24 | 88,000.00 | | | | Same Day Advance - Error |
| 7/12/24 | | | | (88,000.00) | Same Day Payment - Error |
| 9/4/24 | | 8,000.00 | | | Advance |
| 9/30/24 | 2,000.00 | | | | Advance |
| 9/30/24 | | 500.00 | | | Advance for Payroll |
| 10/1/24 | | 12,000.00 | | | Advance for Payroll |
| 10/16/24 | | 9,125.00 | | | Advance for Payroll |
| 10/30/24 | | 11,200.00 | | | Advance for Payroll |
| 11/12/24 | | 10,600.00 | | | Advance for Payroll |
| 11/19/24 | | 8,200.00 | | | Advance for Payroll |
| | 307,000.00 | 60,057.98 | - | (102,085.16) | |

Alma Products I, LLC
2000 Michigan Avenue
Alma, MI 48801

| Dates | | | | | Reason |
|---|---|---|---|---|---|
| 11/22/23 | | | | | This transaction is under investigation |
| 3/11/24 | | | (37,000.00) | | |
| | - | - | (37,000.00) | - | |

| Debtor | Oklahoma Forge, LLC | | Case Number | 24-11060-M | |
|---|---|---|---|---|---|

Attachment to Official Form 207

Question

4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Bank Account # | Transfer from Related | | Transfers to Related | | |
|---|---|---|---|---|---|
| | 0506 | 0514 | 0506 | 0522 | |
| Account Name | Disbursement | Payroll | Disbursement | Collection | |

Transfers from (to);
Uptime Parts, LLC
385 Fenton Lane
West Chicago, IL 60185

| Dates | | | | | Reason |
|---|---|---|---|---|---|
| 11/22/23 | | | | | |
| 8/23/24 | 800,000.00 | | | | Transfer made by Uptime to OK Forge account xxx 0506, instead of Uptime account xxx 5006 |
| 8/23/24 | | | (800,000.00) | | Same Day Payment - Error |
| | 800,000.00 | - | (800,000.00) | - | |

Oilfield Improvements, LLC
5259 S 49th W Ave
Tulsa, OK 74107

| Dates | | | | | Reason |
|---|---|---|---|---|---|
| 11/22/23 | | | | | |
| 4/8/24 | 32,000.00 | | | | Reimbursement of expensed paid by OK Forge |
| | 32,000.00 | - | - | - | |