# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| OKLAHOMA FORGE, LLC, d/b/a | ) | Case No. 24-11060-T |
| OKLAHOMA FORGE, INC. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S WITNESS AND EXHIBIT LIST

Oklahoma Forge, LLC, as Debtor and Debtor in Possession (the "Debtor") submits this Witness and Exhibit List with respect to the evidentiary hearing to be held on April 30, 2025, at 9:00 a.m. CDT to consider Debtor's *Motion for an Order (1) Authorizing Sale of Substantially all of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and other Interests, (2) Approving Distribution of Sale Proceeds and (3) Granting Related Relief* (the "Sale Motion") filed April 14, 2025 [Doc. No. 317]:

## WITNESS LIST

The Trustee may call one or more of the following witnesses:

| No. | Witness | Anticipated Testimony |
|---|---|---|
| 1. | James J. Connor | *See* Declaration of James J. Connor, dated December 12, 2024 [Dkt. No. 91], Declaration of James J Connor in Support of the Sale Motion [Dkt. 216] and Declaration of James J. Connor in Support of Private Sale Motion to be filed. |
| 2. | David R. Payne | *See* Declaration of David R. Payne in support of the Sale to be filed. |
| 3. | Jeff Jones, managing member of Forge Resources Group, LLC | See Declaration of Jeff Jones filed February 18, 2025 [Doc. 222] |
| 4. | Any witness called by any other party | |
| 5. | Witnesses for rebuttal | |
| 6. | Witnesses for impeachment | |

1

# EXHIBIT LIST

| Exhibit No. | Identification | Objection | Basis of Objection | Admit | Deny |
|---|---|---|---|---|---|
| Debtor's Exhibit 1 | Declaration of James J. Connor in Support of Sale (to be filed) | | | | |
| Debtor's Exhibit 2 | Declaration of David R. Payne in Support of Sale (to be filed) | | | | |
| Debtor's Exhibit 3 | Second Notice Regarding Successful Bidders [Doc. 313] | | | | |
| Debtor's Exhibit 4 | Proposed Sale Order | | | | |
| Debtor's Exhibit 5 | Revised FRG Asset Purchase Agreement (Attached to EX 4 as Debtor's EX 3] | | | | |
| Debtor's Exhibit 6 | Transcript Hearing on March 17, 2025 | | | | |
| Debtor's Exhibit 7 | Declaration of Jeff Jones filed February 18, 2025 [Doc. 222] | | | | |
| Debtor's Exhibit 8 | Supplemental Declaration of Jeff Jones, to be filed. | | | | |
| Debtor's Exhibit 9 | Reserved | | | | |
| | Any exhibit listed or offered by any other party | | | | |
| | Exhibits for rebuttal | | | | |
| | Exhibits for impeachment | | | | |

Respectfully submitted,

*s/Mark A. Craige*
Mark A. Craige, OBA #1992
Alexander Sokolosky, OBA #33614

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
222 North Detroit Avenue
Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
mark.craige@crowedunlevy.com
alex.sokolosky@crowedunlevy.com

*Attorneys for Oklahoma Forge, LLC, Debtor In Possession.*

## Certificate Of Electronic Service

The record herein reflects that on the same day this pleading was electronically filed, a copy was electronically served upon counsel of record and other parties as shown in the record herein.

*/s/Mark A. Craige*