**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: )<br>)<br>OKLAHOMA FORGE, LLC, d/b/a )<br>OKLAHOMA FORGE, INC. )<br>)<br>)<br>Debtor. ) | Case No. 24-11060-M<br>Chapter 11 |

**FORGE GROUP OKF LLC, AS BUYER DESIGNEE OF
FORGE RESOURCES GROUP, LLC, WITNESS AND EXHIBIT LIST
FOR CONTINUED SALE HEARING ON APRIL 30, 2025**

Forge Group OKF LLC, as buyer designee of Forge Resources Group, LLC (collectively, "Forge Resources"), files this witness and exhibit list in connection with the continued sale hearing to be held on **April 30, 2025, at 10:00 a.m. (CT)** (the "Sale Hearing"), on *Debtor's Motion for an Order (1) Authorizing Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, and Encumbrances and Other Interests, (2) Approving Distribution of Sale Proceeds, and (4) Granting Related Relief* [Docket No. 317] ("Sale Motion") in the above-captioned chapter 11 case.

**WITNESSES**

Forge Resources may call the following witnesses at the hearing:

| Witness No. | Witness | Anticipated Testimony |
|---|---|---|
| 1 | Jeff Jones, managing member of Forge Resources Group, LLC | Declaration filed at docket number 222, related matters to the sale, and a further Declaration to be filed prior to the Sale Hearing. |
| 2 | All witnesses identified in any witness list filed in relation to the Sale Hearing | |
| 3 | Any witness called by any other party | |
| 4 | Witnesses for rebuttal | |
| 5 | Witnesses for impeachment | |

-1-

# EXHIBITS

| Exhibit No. | Identification | Objection | Basis of Objection | Admit | Deny |
|---|---|---|---|---|---|
| 1 | Declaration of Jeff Jones at docket number 222 (such declaration was admitted into evidence at the sale hearing on February 20, 2025) | | | | |
| 2 | Letter dated March 14, 2025, from First National Bank of Omaha to Jeff Jones, President of Forge Resources Group LLC | | | | |
| 3 | Sale Motion | | | | |
| 4 | Declaration of Jeff Jones to be filed prior to the Sale Hearing. | | | | |
| 5 | All exhibits listed in any exhibit list filed in relation to the Sale Hearing | | | | |
| 6 | Exhibits for rebuttal | | | | |
| 7 | Exhibits for impeachment | | | | |
| 8 | Any pleadings or other filings in the above-captioned bankruptcy case | | | | |
| 9 | Any exhibits introduced or listed by any other party | | | | |

Respectfully submitted,

By: /s/ Marc N. Swanson
    Marc N. Swanson (P71149)
    Miller Canfield Paddock & Stone, PLC
    150 W. Jefferson Avenue, Suite 2500
    Detroit, MI 48226
    Phone: (313) 496-7951
    swansonm@millercanfield.com
    *Counsel for Forge Resources Group, LLC and Forge Group OKF LLC*

DATED: April 25, 2025

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| In re: | ) |
| | ) |
| OKLAHOMA FORGE, LLC, d/b/a | ) |
| OKLAHOMA FORGE, INC. | ) Case No. 24-11060-M |
| | ) Chapter 11 |
| | ) |
| Debtor. | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2025, he filed the above *Forge Group OKF LLC, as Buyer Designee of Forge Resources Group, LLC, Witness and Exhibit List for Continued Sale Hearing on April 30, 2025*, with the Court, using the Court's CM/ECF system which will provide notice of the filing to all registered participants in this matter.

Dated: April 25, 2025

        **MILLER, CANFIELD, PADDOCK and STONE, P.L.C.**

        By: /s/ Marc N. Swanson
        Marc N. Swanson (P71149)
        Miller Canfield Paddock & Stone, PLC
        150 W. Jefferson Avenue, Suite 2500
        Detroit, MI 48226
        Phone: (313) 496-7951
        swansonm@millercanfield.com