IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| OKLAHOMA FORGE, LLC d/b/a | : | Case No. 24-11060-M |
| OKLAHOMA FORGE, INC., | : | |
| | : | |
| Debtor. | : | |
| | : | |

## ELLWOOD NATIONAL STEEL COMPANY, ELLWOOD QUALITY STEELS COMPANY, AND ELLWOOD GROUP INC'S WITNESS AND EXHIBIT LIST FOR HEARING ON MARCH 17, 2025

Ellwood National Steel Company ("ENS"), Ellwood Quality Steels Company ("EQS"), and Ellwood Group, Inc. ("EGI") (EQS, ENS, and EGI are collectively the "Ellwood Companies") and TSK Partners LLC d//a McGinnis Rolled Rings ("TSK") file this witness and exhibit list (the "Witness and Exhibit List ") in connection with the hearing to be held on **April 30, 2025 at 10:00 a.m. (CT)** (the "Sale Hearing") on *Debtor's Motion for an Order (1) Authorizing Sale of Substantially All of the Debtor's Assets Free and Clear of All Liens, Claims, and Encumbrances and Other Interests, (2) Approving Distribution of Sale Proceeds, and (3) Granting Related Relief [Docket No. 317]* and *Debtor's Motion for an Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Lease of Nonresidential Real Property and Notice of Opportunity for Hearing [Docket No. 286]* in the above-captioned chapter 11 case.

## WITNESSES

The Ellwood Companies may call the following witnesses at the hearing:

1. James J. Connor;

2. David R. Payne;

3. Jeff Jones;

4. Any witness designated or called by any other party;

5. Any impeachment or rebuttal witness; and

6. The Ellwood Companies reserves the right to cross-examine any witness called by any other party.

7. The Ellwood Companies also intend to rely upon previous testimony of Brendan Noone, Richard R. Davis, and the accepted proffer of Craig Bicehouse.

## **EXHIBITS**

The Ellwood Companies designate the following exhibits that may be used at the Sale Hearing.

| Exhibit No. | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| 1 | Notice of Designation of Qualified Bids and Exhibit 2 Bid Letter and Asset Purchase Agreement dated February 13, 2025, between Oklahoma Forge, LLC and TSK Partners, LLC d/b/a McInnes Rolled Rings [ECF No 205, 205-2]. | | | |
| 2 | Second Notice Regarding Successful Bidders [ECF 313]. | | | |
| 3 | Final Order (I) Authorizing Post-Petition Credit, (II) Granting Senior Secured Liens and Superpriorty Claims Under Sections 364(C) and (D) of the Bankruptcy Code, (III) Granting Adequate Protection Liens, and (IV) Granting Related Relief [ECF No 139]. | | | |
| 4 | Lease Agreement dated June 13, 2023, between Oklahoma Forge, LLC and Store Master Funding, XIV, LLC [ECF No. 135, Exhibit A]. | | | |
| 5 | Landlord Access Agreement dated September 15, 2023, between Store Master Funding XIV, LLC and Loeb Term Solutions LLC | | | |
| 6 | Amended and Restated Asset Purchase Agreement between Oklahoma Forge, LLC and TSK Partners, LLC d/b/a McInnes Rolled Rings and dated February 20, 2025 [ECF No. 238] | | | |
| 7 | Proof of Claim No. 28 filed by Ellwood Quality Steels Company | | | |
| 8 | Proof of Claim No. 29 filed by Ellwood National Steel Company | | | |
| 9 | Bid Letter Dated April 3, 2025 from Michael Shiner as counsel for TSK to Mark Craige, counsel for Debtor (with Enclosures) | | | |
| | All further documents to be identified an amendment to the Witness and Exhibit List that are identified in the more than 6,000 pages of documents produced by FRG, | | | |

| Exhibit No. | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| | the Debtor and STORE on April 23 and April 24. | | | |
| | All transcripts of prior hearings before this Court. | | | |
| | All exhibits presented or designated by any other party. | | | |
| | All exhibits necessary to rebut any exhibit presented or designated by any other party. | | | |
| | Any pleadings, reports, or other documents filed in the above-referenced bankruptcy case and any adversary or appeal related to the foregoing bankruptcy case, and any transcripts in any such case. | | | |

## RESERVATION OF RIGHTS

The Ellwood Companies reserve the right to amend or supplement this Witness and Exhibit List at any time prior to the Sale Hearing and/or in compliance with the Local Bankruptcy Rules and the orders of this Court. The Ellwood Companies further reserve the right to provide any documents amended or supplemented in this Witness and Exhibit List to opposing counsel and to this Court as they become available.

Dated: April 25, 2025

Respectfully submitted,

*/s/ Stephen J. Moriarty*
Stephen J. Moriarty (OK ID 6410)
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
(405) 232-0621
smoriarty@fellerssnider.com

Michael A. Shiner (PA ID 78088) (
Beverly Weiss Manne (PA ID 34545)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mshiner@tuckerlaw.com
bmanne@tuckerlaw.com

*Counsel for Ellwood National Steel Company, Ellwood Quality Steels Company, and Ellwood Groups, Inc.*