## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| OKLAHOMA FORGE, LLC d/b/a OKLAHOMA FORGE, INC., | : | Case No. 24-11060-M |
| | : | |
| Debtor. | : | |
| | : | |

## ELLWOOD NATIONAL STEEL COMPANY, ELLWOOD QUALITY STEELS COMPANY, AND ELLWOOD GROUP INC'S SUPPLEMENTAL EXHIBIT LIST FOR HEARING ON APRIL 30, 2025

Ellwood National Steel Company, Ellwood Quality Steels Company, and Ellwood Group, Inc. (collectively, the "Ellwood Companies"), along with TSK Partners LLC d/b/a McGinnis Rolled Rings, file this supplemental exhibit list in the above-captioned matter:

## SUPPLEMENTAL EXHIBITS

| Exhibit No. | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| 10 | Oklahoma Forge, LLC Official Form 202, OKF_011273-011274 | | | |
| 11 | October 1, 2024 email from B.Anderson to K.Paul, FRG0000861-0000864 | | | |
| 12 | October 23, 2024 email from M.Craige to D.Payne, OKF_016659-016664 | | | |
| 13 | October 24, 2024 email from M.Swanson to D.Ross, M.Craige, OKF_002096-002101 | | | |
| 14 | October 29, 2024 email from J.Phillips to J.Connor, S.Upton, OKF_000704-000705 | | | |
| 15 | October 30, 2024 email from M.Craige to D.Ross, OKF_001730-001734 | | | |
| 16 | December 9, 2024 email from J.Phillips to J.Connor, M.Woodin, J.Mies, OKF_000115-000117 | | | |
| 17 | December 13, 2024 email from G.Hofmeister to J.Connor, OKF_000169 | | | |
| 18 | December 13, 2024 email from G.Hofmeister to J.Connor, OKF_000098-000099 | | | |
| 19 | December 13, 2024 email from J.Connor to G.Hofmeister, OKF_000238-000241 | | | |
| 20 | December 13, 2024 email from J.Connor to G.Hofmeister, OKF-000100-000101 | | | |

| Exhibit No. | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| 21 | December 20, 2024 email from J.Connor to G.Hofmeister, OKF_000960-000965 | | | |
| 22 | December 23, 2024 email from J.Connor to B.Anderson, OKF_000124-000125 | | | |
| 23 | December 23, 2024 email from B.Anderson to J.Connor, OKF_000156-000157 | | | |
| 24 | December 26, 2024 email from J.Phillips to J.Mies, J.Connor, OKF_000226-000231 | | | |
| 25 | December 26, 2024 email from J.Mies to J.Phillips, OKF_000158-000162 | | | |
| 26 | December 26, 2024 email from J.Connor to J.Phillips, B.Cox, S.Upton, OKF_000163-000168 | | | |
| 27 | January 2, 2025 email from J.Connor to M.Black, OKF_000475-000476 | | | |
| 28 | January 6, 2025 email from J.Connor to T.Jones, OKF_000154-000155 | | | |
| 29 | January 21, 2025 email from M.Craige to K.Aurzada, D.Ross, OKF_001799-001805 | | | |
| 30 | January 22, 2025 email from J.Connor to G.Hofmeister, OKF_000205-000208 | | | |
| 31 | January 31, 2025 email from J.Connor to J.Mies, OKF_000136-000141 | | | |
| 32 | January 31, 2025 email from J.Connor to J.Mies, OKF_000086-000091 | | | |
| 33 | February 13, 2025 email from M.Craige to J.Connor, J. Mies, D.Payne, 00001-00433-00436 | | | |
| 34 | February 13, 2025 email from M.Craige to D.Ross, 00001-00537-00538 | | | |
| 35 | February 17, 2025 email from M.Craige to J.Connor, OKF_011041-0011042 | | | |
| 36 | February 17, 2025 email from M.Craige to T.VanDusen, J.Connor, J.Mies, OKF_015523-015527 | | | |
| 37 | February 17, 2025 email from T.VanDusen to M.Craige, J.Connor, J.Mies, OKF_015609-015613 | | | |
| 38 | February 17, 2025 email from T.VanDusen to M.Craige, J.Connor, J.Mies, OKF_011049-011054 | | | |
| 39 | March 4, 2025 email from M.Craige to G.Hofmeister, OKF_015637-015638 | | | |
| 40 | March 14, 2025 email from M.Craige to D.Ross, 00001-00637-00638 | | | |
| 41 | March 26, 2025 email from M.Craige to T.Nguyen, OKF_001903-001909 | | | |
| 42 | March 28, 2025 email from G.Kallergis to M.Craige, OKF_015802-015805 | | | |

| Exhibit No. | Description | Off. | Obj. | Adm. |
|---|---|---|---|---|
| 43 | April 5, 2025 email from M.Craige to L.Baker, OKF_016141-016142 | | | |
| 44 | April 7, 2025 email from G.Kallergis to M.Craige, OKF_016592-016595 | | | |
| 45 | April 10, 2025 email from J.Newman to M.Craige, J.Connor, G.Hofmeister, OKF_016601-016603 | | | |
| 46 | April 16, 2025 email from M.Craige to J.Connor, D.Payne, OKF_016648-016650 | | | |

## RESERVATION OF RIGHTS

The Ellwood Companies reserve the right to amend or further supplement this exhibit list at any time prior to the April 30, 2025 hearing and/or in compliance with the Local Bankruptcy Rules and the orders of this Court. The Ellwood Companies further reserve the right to provide any documents amended or supplemented in this exhibit list to opposing counsel and to this Court as they become available.

Dated: April 30, 2025

Respectfully submitted,

 /s/ Stephen J. Moriarty_____
Stephen J. Moriarty (OK ID 6410)
FELLERS, SNIDER, BLANKENSHIP,
BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
(405) 232-0621
smoriarty@fellerssnider.com

Michael A. Shiner (PA ID 78088)
Beverly Weiss Manne (PA ID 34545)
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212
mshiner@tuckerlaw.com
bmanne@tuckerlaw.com
*Counsel for Ellwood National Steel Company, Ellwood Quality Steels Company, and Ellwood Groups, Inc.*