**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **OKLAHOMA FORGE, LLC, d/b/a** | ) | **Case No. 24-11060-M** |
| **OKLAHOMA FORGE, INC.** | ) | **Chapter 11** |
| | ) | |
| Debtor. | ) | |

## AMENDED REPORT OF SALE

Oklahoma Forge, LLC, as Debtor and Debtor in Possession (the "Debtor" or "OKF") hereby files this Report of Sale and respectfully states as follows:

1.　　On May 16, 2025, this Court entered its Order (1) Authorizing Sale Of Substantially All Of The Debtor's Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests, (2) Approving Distribution Of Sale Proceeds, And (3) Granting Related Relief (the "Sale Order") approving and authorizing the sale of substantially all of the Debtor's assets to Forge Group OKF LLC, an Illinois limited liability company, as buyer designee of Forge Resources Group LLC, an Illinois limited liability company ("Buyer") [Doc. 356] (the "Sale Order").

2.　　Pursuant to the Sale Order, on June 3, 2025, the Debtor closed the Sale to the Buyer and as a result, received net cash proceeds of $6,526,483.00 (the "Sale Proceeds").  In accordance with the Sale Order the Debtor has made the following payments from the Sale Proceeds:

| | | Disbursements | Receipts | Net Funds |
|---|---|---|---|---|
| Gross Proceeds | Wire | | 6,326,483.00 | |
| | Deposit | | 200,000.00 | 6,526,483.00 |
| Secured Creditor Payoff | | | | |
| | Loeb | 4,907,421.96 | | |

| | | |
|---|---|---|
| Pathward | 732,370.90 | |
| DIP Loan | 214,487.68 | |
| Sub-total | | 5,854,280.54 |
| | | |
| Net | | $672,202.46 |

3.     The Debtor now holds the net sale proceeds of $655,782.91 and awaits further order of this Court as to the disposition thereof. The Debtor has used less $6143.09 for last payroll and $277.00 for the United States Trustee Fee.

4.     The Debtor has returned the $200,000 Bid Deposit to only other bidder TSK Partners LLC d/b/a McInnes Rolled Rings, a Pennsylvania limited liability company that it is a subsidiary of Ellwood Group, Inc.

*s/Mark A. Craige*
Mark A. Craige, OBA #1992
Alexander Sokolosky, OBA #33614

-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
222 North Detroit Avenue
Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
mark.craige@crowedunlevy.com
alex.sokolosky@crowedunlevy.com

*Attorneys for Oklahoma Forge, LLC,*
*Debtor In Possession*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 19, 2025, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system on all parties receiving notice in this case via the CM/ECF system.

*s/Mark A. Craige*
Mark A. Craige
