UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

In re:

OKF, LLC,

      Debtor.

Case No. 24-11060-M
Chapter 11

**DEBTOR'S AND COMMITTEE'S LIMITED OBJECTION TO APPLICATION FOR ALLOWANCE AND PAYMENT BY DEBTOR, OKLAHOMA FORGE, LLC OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO COUNSEL FOR SECURED CREDITOR LOEB TERM SOLUTIONS PURSUANT TO 11 U.S.C. §506**

Oklahoma Forge, LLC, as Debtor and Debtor in Possession (the "Debtor") and the Official Committee of Unsecured Creditors of Oklahoma Forge, LLC (the "Committee" and together with the Debtors, the "Objecting Parties"), file this Objection to the *Application For Allowance And Payment By Debtor, Oklahoma Forge, LLC Of Compensation And Reimbursement Of Expenses To Counsel For Secured Creditor Loeb Term Solutions Pursuant To 11 U.S.C. §506(b)*, filed July 24, 2025 [Doc. 392] (the "Application"), by Loeb Term Solutions ("Loeb"). The Objecting Parties object to the Application as follows:

1. As a general matter, the Objecting Parties do not object to the amount sought in the Application and further do not dispute the legal basis for the fees that Loeb incurred as pled by Loeb in the Application; provided, however, the Objecting Parties object to amounts that Loeb has already received from the sale proceeds on account of their alleged secured claim, and specifically request that the Court defer making a determination on the Application until after the Court determines the propriety of the allowed amount of Loeb's claim.

2. Among other things, the Debtor and the Committee intend to file a motion pursuant to 11 U.S.C. §§ 506(c) and 552(b) to surcharge Loeb for the cost of the sale of the Debtor's assets and seeking to reduce the allowed secured claim of Loeb (the "Surcharge Motion"). When such a

-1-

creditor receives a direct and quantifiable benefit from the work done, such creditor is liable for a surcharge under 11 U.S.C. §506(c). *In Re Senior-G&A Operating Co.*, 957 F.2d 1290 (5th Cir. 1992). Moreover, relying on the Court's equitable powers under 11 U.S.C. § 552(b) and to ensure a fair outcome for all parties involved in this bankruptcy case, due to special circumstances in this case and the unfairness to the unsecured creditors, the Objecting Parties believe that Loeb should not be allowed to enforce its claim in full or as secured, even if the claim is valid. Debtor and the Committee will filed the Surcharge Motion in the near future.

3. In the order approving the sale [Doc. 356] (the "Sale Order"), the Court expressly preserved the Debtor and the Committee's ability to reduce and recover the amounts paid to Loeb. In particular, Paragraph 16 of the Sale Order provides:

> The Debtor and the Debtor's estate reserve the right to object to any claim of any party that receives payment under this paragraph and seek disgorgement and return of any funds to the extent that their respective claims are disallowed or allowed for less than the amount they received. . . . Any rights, claims, remedies, or any other causes of action that the Committee and its members, the Debtor, the estate, any trustee, any other successor in interest to the interests of the Debtor or its estate, or any other party in interest may have against . . . the Prepetition Secured Lenders . . . expressly shall be preserved.

4. Accordingly, the Objecting Parties request the allowance of the fees sought in the Application should not be granted until the Surcharge Motion is resolved.

5. The Objecting Parties file this objection to preserve their rights and to provide for consideration of the Application subject to the Surcharge Motion.

Wherefore, Debtor prays the Court withhold any ruling on the Application and consider the same as part of the Court consideration of the Surcharge Motion.

Respectfully submitted this 18th day of August 2025.

*s/ Mark A. Craige*
Mark A. Craige, OBA #1992
CROWE & DUNLEVY
A Professional Corporation
222 North Detroit Avenue
Suite 600
Tulsa, OK 74120
(918) 592-9800
(918) 592-9801 (Facsimile)
mark.craige@crowedunlevy.com
alex.sokolosky@crowedunlevy.com

*Attorneys for Oklahoma Forge, LLC*

**-and-**

*/s/ Gus Kallergis*
Gus Kallergis, Esquire (OH 0071557)
BERNSTEIN-BURKLEY, P.C.
1360 East Ninth Street, Suite 1250
Cleveland, Ohio 44114
Telephone: (412) 456-8100
Facsimile: (412) 456-8135
gkallergis@bernsteinlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

### **Certificate Of Electronic Service**

The record herein reflects that on the same day this pleading was electronically filed, a copy was electronically served upon counsel of record and other parties as shown in the record herein.

*/s/Mark A. Craige*
