**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **OKF, LLC,** ) | **Case No. 24-11060-T** |
| ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |
| ) | |

## REQUEST FOR ENTRY OF ORDER

OKF, L.L.C., (the "Debtor") respectfully requests the Court enter the Stipulation and Agreed Order resolving (A) the *Application for Allowance and Payment by Debtor, Oklahoma Forge, LLC of Compensation and Reimbursement of Expenses to Counsel for Secured Creditor Loeb Term Solutions pursuant to 11 U.S.C. § 506(b) and Notice and Opportunity for Hearing* [Doc. 392] (the "Loeb Fee Application") and (B) the *Joint Motion of OKF, LLC and the Official Committee of Unsecured Creditors to Surcharge pursuant to 11 U.S.C. § 506(c) and Exclude Certain Fees and Charges from Secured Claim* [Doc.409] (the "Surcharge Motion") (the "Agreed Order"). Counsel for the Debtor, the Committee and Loeb Term Solutions, LLC ("Loeb") have negotiated the Agreed Order resolving the Surcharge Motion under which the Debtor will receive $200,000 from Loeb plus a waiver of Loeb's claims for attorney fees under the Loeb Fee Application.

1. Proper notice of the Surcharge Motion was provided, and the only objection was filed by Loeb. Likewise, proper notice of the Loeb Fee Application was provided, and the only objections were by the Debtor and the Committee. The Agreed Order resolves both the Surcharge Motion and the Loeb Fee Application in a manner agreeable to the movants and objecting parties. Counsel for the Debtor, the Committee and Loeb have approved the form and substance of the Agreed Order.

2. Accordingly, the Debtor respectfully requests the Court enter the Agreed Order resolving the Surcharge Motion and the Loeb Fee Application, including the relief requested therein.

3. The Agreed Order will be submitted pursuant to the Court's local rules.

Respectfully submitted,

*s/ Mark A. Craige*

Mark A. Craige, OBA # 1992
-Of the Firm-

CROWE & DUNLEVY
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, Oklahoma 74120
918.592.9800 Telephone Number
918.592.9801 Facsimile Number
mark.craige@crowedunlevy.com

*Attorneys for Debtor In Possession*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2025, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF system on all parties receiving notice in this case via the CM/ECF system.

*s/ Mark A. Craige*
Mark A. Craige